

1  WILLARD K. TOM
2  General Counsel

3  DEANYA T. KUECKELHAN
4  Regional Director

5  JASON C. MOON, Tex. Bar No. 24001188
   THOMAS B. CARTER, Tex. Bar No. 03932300
6  EMILY B. ROBINSON, Tex. Bar No. 24046737
7  Federal Trade Commission
   1999 Bryan Street, Suite 2150
8  Dallas, Texas 75201
9  (214) 979-9378; jmoon@ftc.gov (Moon)
   (214) 979-9372; tcarter@ftc.gov (Carter)
10 (214) 979-9386; erobinson@ftc.gov (Robinson)
   (214) 953-3079 (Fax)
11
12 Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
13

14       UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF ARIZONA
15

16 FEDERAL TRADE COMMISSION          CV-12-2248-PHX-FJM

17       Plaintiff

18       v.                          APPENDIX – VOLUME I
                                     Pages 1-533
19
   Ambrosia Web Design LLC, an Arizona   MEMORANDUM OF POINTS
20 limited liability company, also d/b/a AWD;   AND AUTHORITIES IN
                                     SUPPORT OF PLAINTIFF'S EX
21 Concord Financial Advisors LLC, an   PARTE APPLICATION FOR
   Arizona limited liability company;   TEMPORARY RESTRAINING
22                                   ORDER WITH OTHER
                                     EQUITABLE RELIEF, AND
23 CAM Services Direct LLC, an Arizona   ORDER TO SHOW CAUSE
   limited liability company;        WHY A PRELIMINARY
24                                   INJUNCTION SHOULD NOT
                                     ISSUE, AND REQUEST TO
25 AFB LLC, an Arizona limited liability   APPOINT RECEIVER
   company;
26
27                                   UNDER SEAL

28
                          1

| | |
|---|---|
| 1 | Western GPS LLC, an Arizona limited |
| 2 | liability company; |
| 3 | |
| | Chris Ambrosia, individually and as a |
| 4 | manager of Ambrosia Web Design LLC, |
| | AFB LLC, and CAM Services Direct LLC; |
| 5 | |
| 6 |  and |
| 7 | LeRoy Castine, a/k/a Lee Castine, |
| | individually and as a manager of Ambrosia |
| 8 | Web Design LLC, Concord Financial |
| | Advisors LLC, AFB LLC, and Western |
| 9 | GPS LLC; |
| 10 | |
| 11 | Defendants |

Dated: October 22, 2012

                              Respectfully submitted,

                              WILLARD K. TOM
                              General Counsel

                              DEANYA T. KUECKELHAN
                              Regional Director

                              _____
                              JASON C. MOON, Tex. Bar No. 24001188
                              THOMAS B. CARTER, Tex. Bar No. 03932300
                              EMILY B. ROBINSON, Tex. Bar No. 24046737
                              Federal Trade Commission
                              1999 Bryan Street, Suite 2150
                              Dallas, Texas 75201
                              (214) 979-9378; jmoon@ftc.gov (Moon)
                              (214) 979-9372; tcarter@ftc.gov (Carter)
                              (214) 979-9386; erobinson@ftc.gov (Robinson)
                              (214) 953-3079 (Fax)

                              Attorneys for Plaintiff
                              FEDERAL TRADE COMMISSION

1

2

## APPENDIX VOLUME I – INDEX OF CONTENTS

| Attach. | Title | Page |
|---------|-------|------|
| | VOLUME I | |
| 1. | Better Business Bureau of Phoenix Business Records Declaration and Attached Complaints | 1 |
| 2. | Declaration of Felisha Bradley | 264 |
| 3. | Declaration of Lorene Carter | 286 |
| 4. | Declaration of Robert Clifton | 326 |
| 5. | Declaration of Beulah Johnson | 354 |
| 6. | Declaration of Sharon McClellan | 359 |
| 7. | Declaration of Carolyn Paglia | 372 |
| 8. | Declaration of Gregory Ramsey | 390 |
| 9. | Declaration of Lydia Reagan | 393 |
| 10. | Declaration of Paul E. Smith | 419 |
| 11. | Declaration of Shirley M. Tester | 436 |
| 12. | Declaration of Christine Connors | 479 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF KORIANN M. MORALES
## PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Koriann M. Morales declares that:

1.      My name is Koriann M. Morales. I am over the age of 21 and competent to give this Declaration. I am Vice President of BBB Services for the Better Business Bureau of Central, Northern, and Western Arizona ("BBB"), located at 4428 North 12th Street, Phoenix, Arizona 85014. The BBB serves the Arizona counties of Apache, Coconino, Gila, La Paz, Maricopa, Mohave, Navajo, Pinal, Yavapai, and Yuma. I have been employed with the BBB in various capacities for 10 years. I have personal knowledge of the facts stated here, and if called, would testify to the same.

## Mission of the BBB

2.      The BBB is a not-for-profit corporation that promotes voluntary self-regulation for businesses. One of the BBB's primary responsibilities is to track businesses operating within the area it serves by: (a) compiling general information relating to each business, such as the location of the business and the identification of the principals and contact information; (b) compiling consumer complaints and inquiries relating to each business; (c) compiling and maintaining BBB general correspondence with each business; and (d) preparing Business Reviews for the general public containing information gathered by the BBB about each business.

## The BBB's Complaint Resolution Process

3.      In the regular course of its business, the BBB seeks to mediate disputes between consumers and companies. Consumers who submit complaints to the BBB against companies are asked to provide information that includes, but is not limited to: (a) their name, address, and telephone number; (b) the name of the business or organization complained about; (c) the nature

1

of their grievance; (d) the amount of money in dispute; and (e) what they are seeking from the company as a resolution. After a complaint is filed, the BBB forwards it to the company that is the subject of the complaint for its response. Our office tracks correspondence from the company sent to the BBB or the complaining consumer, as well as the dates of all complaint-related correspondence. The BBB generally retains complaints filed against a company for a period of 36 months.

**The BBB's Business Reviews**

4.      In the regular course of its business, the BBB also issues "Business Reviews" about companies that describe consumers' experiences as reported to us. The Business Reviews are accessible to the public by visiting the national Better Business Bureau website at www.bbb.org, or by visiting the BBB's website at www.arizonabbb.org. The public may also obtain Business Reviews by contacting the BBB by telephone. The Business Reviews also include ratings that the BBB assigns to individual companies based on a number of factors, including, but not limited to, any advertising issues found by the BBB, the number of complaints we receive from the companies' customers, and the overall complaint history of companies with the BBB. The BBB assigns grades to businesses that range from A to F, with pluses and minuses. A+ is the highest grade and F is the lowest. The grade assigned to companies reflects the BBB's degree of confidence that the companies are operating in a trustworthy manner and will make a good faith effort to resolve any consumer concerns filed with the BBB.

**Complaints Received Against Subject Companies**

5.      In late 2011, the BBB began receiving a significant volume of consumer complaints against two related companies -- AWD a/k/a Ambrosia Web Design ("AWD"), located at 209 E. Baseline Road, Suite E-201 Tempe, Arizona 85283, and Concord Financial

2

Advisors LLC ("Concord"), located at 123 E Baseline Road, Suite D-208 Tempe, Arizona 85283. The most recent complaint the BBB received against Concord was filed on July 31, 2012. The most recent complaint the BBB received against AWD was filed on August 2, 2012. In July 2012, the BBB began receiving a significant volume of consumer complaints against a new company, Western GPS LLC ("Western"), located at 1935 E Remon Drive, Tempe, Arizona 85283. The most recent complaint the BBB received against Western was filed on September 22, 2012.

6.      Since September 2011, the BBB received 28 complaints against AWD.  Since October 2011, the BBB received 14 complaints against Concord. Since July 2012, the BBB received 14 complaints against Western.  These consumer complaints were either submitted directly to our office or forwarded to the BBB from other Better Business Bureau offices throughout the United States.  These complaints, along with responses from AWD, Concord, and Western, if any, and subsequent rebuttals from consumers, are attached as **Attachment A** (identified as BBB-000001 through BBB-000169), **Attachment B** (identified as BBB-000170 through BBB-000211), and **Attachment C** (identified as BBB-000212 through BBB-000249), respectively.

## Attempts to Resolve the Complaints Against Subject Companies

7.      The BBB sends a copy of each complaint to the subject company with a letter asking for a response.  When the BBB receives a response from a company, the response is forwarded to the consumer and the consumer is given an opportunity to provide a rebuttal.

8.      Of the 27 complaints the BBB forwarded to AWD, none were verified as resolved to the complainant's satisfaction.  In 19 instances, the company failed to respond to the BBB or the complainant.  Of the remaining eight complaints, four complaints are unresolved because the

3

company's response to the complaint did not adequately settle or address the issues of the complaint, three complaints are assumed resolved because the company addressed the disputed issue and the complainant did not contact the BBB again to request further assistance, and one complaint remains open. The BBB received one additional complaint that was for our information only and this complaint was not forwarded to AWD.

9.      Of the 14 complaints the BBB forwarded to Concord, only one was verified as resolved to the complainant's satisfaction. In 10 instances, the company failed to respond to the BBB or the complainant. Of the remaining three complaints, one complaint is unresolved because the company's response to the complaint did not adequately settle or address the issues of the complaint, and two complaints are assumed resolved because the company addressed the disputed issue and the complainant did not contact the BBB again to request further assistance. All of the complaints against Concord are closed.

10.     Of the 14 complaints the BBB forwarded to Western, none have been verified as resolved to the complainant's satisfaction. In five instances, the company failed to respond to the BBB or the complainant. Of the remaining nine complaints, three complaints are assumed resolved because the company addressed the disputed issue and the complainant did not contact the BBB again to request further assistance, and six complaints remain open.

## BBB Business Reviews for Subject Companies

11.     The BBB's Business Reviews rate both AWD and Western as "F." Their "F" ratings are based on, among other things, a pattern and volume of complaints filed, failure to respond to multiple complaints, and failure to satisfactorily resolve complaints. The BBB's current Business Review for Concord is "No Rating." Previously, the BBB's Business Review rating for Concord was "F"; however, on September 6, 2012, the Business Review was changed

4

to "No Rating," because the BBB believes the company may be out of business. Attached as **Attachment D** (identified as BBB-000250 through BBB-000252), **Attachment E** (identified as BBB-000253 through BBB-000255), and **Attachment F** (identified as BBB-000256 through BBB-000257), respectively, are true and correct copies of BBB Business Reviews downloaded on October 11, 2012, in which AWD and Western are given "F" ratings and Concord is given a "No Rating."

<u>**BBB Business Records**</u>

12.     As the Vice President of BBB Services, I am familiar with the record-keeping system of the BBB. The documents attached as **Attachments A, B, C, D, E, and F** are true and correct copies of records received or created in the usual course of the BBB's business. Personal identifying information and sensitive health information were redacted from these documents.

13.     The documents attached by the BBB are true and correct copies of records of regularly conducted activity that:

a)     were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b)     were kept in the course of the regularly conducted business activity of the BBB; and

c)     were made as a regular practice of the business activity of the BBB.

14.     Furthermore, the documents attached by the BBB are records relied upon by the BBB, and the BBB has a substantial interest in the accuracy of these records.

APPENDIX - 000005

15.     I understand and agree that this Declaration may be used by the Federal Trade Commission in a law enforcement proceeding.


I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.


Executed on _Octobe 1b_, 2012, in Phoenix, Arizona.


**KORIANN M. MORALES**


6

APPENDIX - 000006



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8921664

| Consumer Info: | Benak, Robert | Business Info: | A W D |
|---|---|---|---|
| | ██████████ | | 209 E. Baseline Road #E-201 |
| | Omaha, NE 68147 | | Tempe, AZ 85283 |
| | ██████████ | | 8885831956 |
| | noreply@noemailprovided.org | | |
| | | | 0 |

**Date Filed:** 2/16/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
Please see attached document.

**Consumer's Desired Resolution:**
Please see attached document.

**ATTACHMENT A**

BBB-000001

**Business/Consumer Response & Rebuttals:**

BBB-000002



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8899934

**Consumer Info:** Bradley, Felisha

Alexandria, VA 22309

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 1/30/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
AWD of Tempe, AZ contacted me on 08/11/1011 and presented themselves as Account Services Quality Services for Visa/Mastercard, Government Mandated, to act on the Consumer Protection Act to lower interest rate on Consumer's Credit Card. For this service they required a one time enrollment fee of $995.00 which was charged to my Capital One Mastercard. After receiving the FedEx package and reviewed it, I called AWD on 09/12/2011 and said to them that I was not uncomfortable with giving out my personal information. I called Capital One to dispute the $995.00 charge on my credit card on 10/13/201. Afterwards I called several agencies to start my own investigation into the legitimacy of AWD. I spoke with Inspector Michael Brokoff of the Conmsumer Protection Office in Arizona. I also contacted the Federal Trade Company and filed a complaint against AWD on 10/13/2011 - Reference #32977619.Capital One contacted AWD 10/14/2011 and AWD had 45 days to contest Capital One's reversal of the transaction. On 11/03/2011 AWD contacted Capital One to say that I was passed the 10 day cancellation policy. When Capital One reversed the $995.00 credit card charge and then added back on my credit charge after receiving correspondence from AWD stating that they had provided these services to me. When Capital One chargeback my credit card the $995.00 thus, began my further dispute to have this $995.00 removed from my account. I contacted AWD to no avail have I been able to have the $995.00 refunded to me from AWD nor have Capital One reverse the charge to my credit card. When I contacted AWD (12/16/2011) they state that the dispute is between Capital One's bank and AWD's bank. When I contacted Capital One (12/2/2011)they state that they no longer have dispute rights. AWD - Ambrosia Web Design - Not Accounts Services for Visa/Mastercard is fraudulent and have stolen my $995.00. I am contacting the Better Business Bureau to assist me in a resolution to this fraudulent matter.

**Consumer's Desired Resolution:**
I want a refund of $995.00 or reverse the $995.00 charge to my Capital One credit card. I want AWD to be held accountable for their fraudulent act. I want my complaint filed with every agency that handles fraudulent complaints. I want AWD to have a Red Flag Flash Warning attached to their company name/names and Chris Ambrosia, the operating name and contact name for the company.I can provide all documentations between Capital One and AWD. Thank you in advance for a resolution.

**Business/Consumer Response & Rebuttals:**

**BBB**

bbb.org

Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8951233

**Consumer Info:**   Brown, Sandra

███████████████
Shelbyville, IN 46176
███████████████████

**Business Info:**   A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 3/12/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Was called by AWD, 123 E. Baseline Rd., Suite D-208,Tempe, Az 85283 on Sept. 18, 2011. I spoke with a Jason Knox, Ph: 800-273-3214, and was told that they would be able to drop our interest charges on our charge cards to maybe as low as 0%. All we had to do was pay them 1995.00 which was put on our Sears Charge card. Course, they already had our money which was a huge mistake on my part, and so far, nothing has been done to lower any of our interest rates. I believe this a fraud or a scam or both. Most time when you call you are unable to talk to anyone as they say they are all in a meeting. I know I am out the 1995.00, but I want to file a complaint so that some other person might not fall into their hands and receive the same treatment we did. I have only talked to this Jason Knox once or twice and each time he says they are working on it, but so far nothing has been done.

**Consumer's Desired Resolution:**

I would like to have my money back from them, but if that is impossible, I just want to make people aware that they are not a good company.

**Business/Consumer Response & Rebuttals:**

BBB-000006

**BBB.**
bbb.org

Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8892524

**Consumer Info:**   Bruski, Melanie
████████████
Temecula, CA 92592
████████████████

**Business Info:**   A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 1/24/2012

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
This company is a scam, they are constantly calling me about my "credit card" and how they can lower my interest rate. I have NO credit cards. I am called at all hours of the day and night despite the fact that I am on the do not call list. When I ask to speak to a supervisor or how I can take my number off the list I am told either to "fuck off" or they hang up on me. I have called "corporate" and spoken with somebody and was guaranteed that my number would come off the list but so far this has not happened. When researching this company to figure out how to stop the incessant calls, I discovered that this is not just AWD, but Card Member Services and Concordia Financial. I dont know WHO is calling me because nobody will tell me the name of the company! I am at a loss as to what to do about this. I have filed several complaints with the Do Not Call registry and my # is on the registry but these people are harassing me and I dont even know who to ask for help. When I called AWD they said that Card Member Services (which is the listed # for who is calling me) is a comnpany under their umbrella but they were not able to make it stop. How can I make it stop if I dont know who is harassing me? And being told to "fuck off" at least once a week is getting tiresome and frustrating.

**Consumer's Desired Resolution:**
I just want them to stop calling me. I dont even HAVE a credit card for them to change the interest!

**Business/Consumer Response & Rebuttals:**



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 9043534

**Consumer Info:**   Crane, Gary & Pam

▮▮▮▮▮▮▮▮▮▮
OTTAWA, KS 66067
▮▮▮▮▮▮

noreply@noemailprovided.org

**Business Info:**   A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 5/17/2012

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
see Attached document

**Consumer's Desired Resolution:**
see Attached document

**Business/Consumer Response & Rebuttals:**

BBB-000010

**BBB.**
bbb.org

Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8846506

**Consumer Info:** Damboise, Hartley

CARIBOU, ME 04736

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 12/14/2011

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
Mr. Damboise paid $798.00 to AWD for debt consolidation services. AWD promised consumer they were going to consolidate all of his credit card debts onto a GM credit card, which would be interest free for 12 months. He was told he would save $2500.00 in that year period. Mr. Damboise has not received any services after paying the company.

**Consumer's Desired Resolution:**
Refund or complete services paid for.

## Business/Consumer Response & Rebuttals:

**12/16/2011**
**Chris Ambrosia**

Respond to Complaint
See attached documents

---

**12/23/2011**
**Hartley Damboise II**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8846506, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution.]

Regards,

Hartley Damboise

I am a Mr. Damboise and not a women.They promised to transfer % 100 of my balance of 5 cards to one new GM credit card at the time of the agreement, they did not transfer anything as yet.
And, I have never heard from them
And I have not got any new GM card that has 5 cards transfered to it. Where is the new card.

I will not contact a company that lies to me.

Mr. Hartley Damboise II            Dec, 23 2011

---

**01/12/2012**
**Chris Ambrosia**

Respond to Complaint
Please see attached.

---



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8846506

| **Consumer Info:** | Damboise, Hartley | **Business Info:** | A W D |
|---|---|---|---|
| | ▮▮▮▮▮▮ | | 209 E. Baseline Road #E-201 |
| | CARIBOU, ME 04736 | | Tempe, AZ 85283 |
| | ▮▮▮▮▮▮▮ | | 8885831956 |

**Date Filed:** 12/14/2011

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
Mr. Damboise paid $798.00 to AWD for debt consolidation services. AWD promised consumer they were going to consolidate all of his credit card debts onto a GM credit card, which would be interest free for 12 months. He was told he would save $2500.00 in that year period. Mr. Damboise has not received any services after paying the company.

**Consumer's Desired Resolution:**
Refund or complete services paid for.

**Business/Consumer Response & Rebuttals:**

**12/16/2011**
**Chris Ambrosia**

Respond to Complaint
See attached documents

---

**12/23/2011**
**Hartley Damboise II**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8846506, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution.]

Regards,

Hartley Damboise

I am a Mr. Damboise and not a women.They promised to transfer % 100 of my balance of 5 cards to one new GM credit card at the time of the agreement, they did not transfer anything as yet.
And, I have never heard from them
And I have not got any new GM card that has 5 cards transfered to it. Where is the new card.

I will not contact a company that lies to me.

Mr. Hartley Damboise II      Dec, 23 2011

---

**01/12/2012**
**Chris Ambrosia**

Respond to Complaint
Please see attached.

---

BBB-000014
**APPENDIX - 000020**

AWD
209 East Baseline Road
Suite E210
Tempe, AZ 85283
Phone: 1-88-583-1956
Fax: 480-292-8195



AWD

# Fax

| | | | |
|---|---|---|---|
| **To:** | BBB | **From:** | AWD |
| **Fax:** | 1(602) 263-0997 | **Pages:** | 4 |
| **Phone:** | 1(602)-264-1721 | **Date:** | January 2, 2012 |
| **Re:** | Hartley Damboise | **CC:** | |

☑ **Urgent**  ☐ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle**

● **Comments:**  This fax is concerning the case number 8846506.  The clients name is Hartley Damboise and the amount of the sale was $798.00.  The transaction date was October 20, 2011. Following this cover sheet there is a document with a written explanation of everything we have done to satisfy our client's needs.  If any more information is required please contact us at 1 (888) 583-1956.

Thank you,

AWD

BBB-000015



**Better Business Bureau**
4428 N. 12th Street
Phoenix, AZ 85014-4585
602-264-1721 | 602-263-0997
arizonabbb.org

**BBB.**

12/29/2011

Lee Miceli
A W D
209 E. Baseline Road #E-201
Tempe AZ 85283

Dear Lee Miceli:

According to the enclosed follow-up correspondence from your customer, Hartley Damboise, it appears this dispute is not resolved.

In these instances, BBB looks to the business to review the case again and reconsider its position - possibly providing a more thorough response, or offering a new settlement or, in some cases, a goodwill adjustment.

We recognize and value your perspective; however, if it is possible to resolve this matter, it would bring the complaint to a close and demonstrate that customer satisfaction is important to your company. You may also consider settling this dispute through arbitration; please contact us for more information regarding this option.

If you choose not to reconsider your position, your report with the BBB may be changed to reflect this matter as an unresolved complaint.

BBB would appreciate your reply within 5 business days of receipt of this letter.

Thank you for your continued cooperation and support of our mission.

Sincerely,

Esenia Solano
Your Better Business Bureau

12/30/2011  553141  8846506  1          This letter was printed on recycled paper

AWD

To:
Better Business Bureau
4428 N 12ᵗʰ Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8846506

January 2, 2012

On October 20, 2011 we were in contact with Hartley Damboise and took a phone order for $798.00 for our service. After this she was forwarded to our Quality Assurance Department to confirm his order and he gave us a high rating for customer service.  We have obtained Mr. Damboise's billing information from him in order to authorize and process the onetime fee:

- Discover: ███████████ exp: ███ CVV: ███
- Billing Address: ███████████ Caribou, ME 04736

For additional verification we obtained Mr. Damboise's:

- DOB: ██████
- Last Four Digits SSN: ███████

In addition we use all fraud measures at our disposal and received an AVS exact match at the time of the charge and the card was in the card holder's possession at time of order.

If you have any questions, please contact our office at 1-888-583-1956.


Sincerely,
AWD



BBB-000018



AWD

To:
Better Business Bureau
4428 N 12ᵗʰ Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8846506

We, AWD, have written out some points to show that we have fulfilled service for this client. These are the things that we have done for Hartley Damboise:

- Hartley Damboise purchased a Financial Advisement Program for $798.00. This is a onetime fee for our service.

- On October 20, Hartley purchased our service; we clearly explained what will be done for him. On December 13, 2011, we were notified by Hartley's financial institution that he is disputing the service charge from our company. He claimed services were not rendered in the dispute. We have sent this same information to his financial institution on December 21, 2011; we are awaiting a response from them.

- After a full explanation of the services, he underwent a recorded verbal authorization for our one-time fee. Before completion of the phone call, Mr. Damboise was fully knowledgeable of the service in which we have already fulfilled.

- We have a no cancellation policy that was explained to Hartley at the time of purchase. In addition, Mr. Damboise has never requested a refund from the beginning or indicated to us that he does not want the service. Mr. Damboise has had services rendered; therefore no refund will be able to be issued at this time.

- We complete the service to each client within 72 hours of their purchase date over numerous telephone conversations. We have given Hartley Damboise Financial Advisement which is what our company does and what we have done for Hartley.

- Again, we have fulfilled our services to Hartley Damboise.

Sincerely,

AWD

BBB-000019



AWD

To:
Better Business Bureau
4428 N 12th Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8846506

December 16, 2011

On October 20, 2011 we were in contact with Hartley Damboise and took a phone order for $798.00 for our service. After this she was forwarded to our Quality Assurance Department to confirm her order and she gave us a high rating for customer service.  We have obtained Ms. Damboise's billing information from her in order to authorize and process the onetime fee:

- Discover: ███████████ 9441 exp: ███ CVV: ███
- Billing Address: ██████ █ █████, Caribou, ME 04736

For additional verification we obtained Ms. Damboise's:

- DOB: █████
- Last Four Digits SSN ████

In addition we use all fraud measures at our disposal and received an AVS exact match at the time of the charge and the card was in the card holder's possession at time of order.

If you have any questions, please contact our office at 1-800-525-2956.


Sincerely,
Chris Ambrosia
AWD



AWD

To:
Better Business Bureau
4428 N 12th Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8846506

We, AWD, have written out some points to show that we have fulfilled service for this client. These are the things that we have done for Hartley Damboise:

- Hartley Damboise purchased a Financial Advisement Program for $798.00. This is a onetime fee for our service.

- After a full explanation of the services, she underwent a recorded verbal authorization for our one-time fee. Before completion of the phone call, Ms. Damboise was fully knowledgeable of the service in which we have already fulfilled.

- We have a no refund cancellation policy that was explained to Hartley at the time of purchase. In addition, Ms. Damboise has never requested a refund from the beginning or indicated to us that she does not want the service.

- We complete the service to each client within 72 hours of their purchase date over numerous telephone conversations. We have established a credit card for Hartley that has 0% interest. After he completes the balance transfer from his current credit card to this new 0% interest card, he will save thousands in interest payments that he would have otherwise paid.

- Again, we have fulfilled our services to Hartley Damboise.

Sincerely,

AWD



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8877493

**Consumer Info:**   Dean, Melissa
████████████
SAN ANGELO, TX 76904
████████████
noreply@noemailprovided.org

**Business Info:**   A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 1/11/2012

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**
see Attached document

**Consumer's Desired Resolution:**
see Attached document

**Business/Consumer Response & Rebuttals:**

December 28, 2011

Melissa Dean
███████████
San Angelo, TX 76904
███████████

Better Business Bureau Serving Central, Northern & Western Arizona
Main Location:
4428 North 12th Street
Phoenix, AZ 85014
1-877-291-6222 (toll-free)
1-602-263-0997 (fx)

Dear BBB:

I am writing you to file a formal complaint against AWD of Phoenix, AZ the phone
number I have for this company is 888-583-1956. Attached you will find a letter I have
written to AWD describing my complaint along with a dispute request to my credit card
company. I requested a refund from AWD on 9/27/11, I was assured by the customer
service person I would be granted a full refund of $1295 as requested. I filled out a
request with my credit card company disputing the charge and AWD has denied the
dispute and has not provided me with a refund. Their terms were that I had 10 days after I
signed and returned the contract to request a full refund if I was not happy with or did not
feel comfortable with their services. I never signed and returned the contract because
after receiving the contract information I felt I was fraudulently represented, that is why I
requested the refund. This is all laid out in the following documents.

Should you need further information from me please contact me at the number above.

Sincerely;

Melissa Dean

cc: AWD

BBB-000024

December 28, 2011

Melissa Dean

San Angelo, TX 76904

AWD
Phoenix, Arizona
888-583-1956

Dear AWD;

I received a call from your company offering to your services to work with my credit card companies and you guaranteed to lower the interest rates I was currently paying on my credit cards. I was also told that a packet would be sent to me at that time I could decide if I wished to move forward and provide you with credit card information so you may lower my interest rates. If I did provide the account information, sign, date and return to your company; if for any reason I was not comfortable with the terms or services being rendered I had 10 days AFTER signing the paperwork to request a refund. I received the packet, reviewed it, but did not feel comfortable with the information. I noticed a charge of $1295 to my citi card acct, so I contacted my credit card company to dispute the charge and I also contacted your company to request a refund, this was on 9/27/11. I was advised by your representative I would be provided with the refunded and that it was my lose that I was not taking advantage of your services. "He" (I wish I knew his name) told me I deserved to get taken by the credit card companies since I was not allowing AWD to lower my rates. I told him I felt I was being miss led because I had asked over and over on the phone if AWD was in fact government agency or my credit card company itself and was lied to!!! I only wished to have a refund and did not care to work with companies who could not tell the entire truth. If you monitor calls you can pull this call up and listen to the call verbatim.

I am a disabled person, unable to work due to a major illness, it is had enough as a young person with a college education I had to give up my management position in corporate America and now live on a very small percentage of what I once made. Each time I go for a treatment I literally put my life at risk, but the fact that I have to work with companies of this nature is a cry shame! I implore you to give me my refund as you guaranteed, as your representative promised and that is morally right as you have provided no service to me!

Melissa Dean
cc: Better Business Bureau Phoenix Arizona

December 28, 2011

Melissa Dean
███████████████
San Angelo, TX 76904
███████████████

Citi Cards
Attn: Billing Disputes Dept.
P.O. Box 613
Sioux Falls, SD 57117-6013

Re: Acct #        ███████████

Dear Citi Cards;

I recently disputed a charge against my account in the amount of $1295 charged to AWD for services they were to provide once I signed and returned a contract to them. Once I received the contract I did not fell comfortable with the services being offered therefore I called Citi and called AWD requesting my account be credited. AWD had stated their policy was I had 10 days to cancel after I signed the contract if I was not happy or comfortable with their services. When I contacted AWD they assured me I would receive a full refund as I had not signed the contract and the 10 day period had not started. I would appreciate any and all help you can give to me in this matter.

Sincerely;

*Melissa Dean*                    12/28/11

Melissa Dean                    Date

cc: AWD
    Better Business Bureau of Phoenix Arizona

BBB-000027



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8859819

| **Consumer Info:** | Duke, Jacqueline | **Business Info:** | A W D |
| | ▮▮▮▮▮▮▮▮ | | 209 E. Baseline Road #E-201 |
| | MARTINSVILLE, VA 24112 | | Tempe, AZ 85283 |
| | ▮▮▮▮▮▮▮ | | 8885831956 |
| | noreply@noemailprovided.org | | |

**Date Filed:** 12/27/2011

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
I have talkd to 10 or so people to resolve a refund issue for a charge on my credit card.

Someone named Heather called on Nov 7th and was supposed to set up a 3 way conversation with my creditors to reduce interest rates.

The next day she called to say her computer was down. She set up a time for Nov. 10th

I never heard anymore so I thought nothing had happened.

I went out of town for Thanksgiving and when I returned, there was a $998 charge on my credit card.

I have called the AWD of AZ in Tempe AZ...they gave me a run around and said I had to talk to the fincancial adivsor in Florida.

I have called 4 days out of 7 each week since and I get the run around that Heather is not there, she is out with her son, she is sick

I asked to speak to her supervisor. They keep taking messages and ( no ) one will return my calls.

When this amt was added to my charge card, it added a tremendous amount of minimum payment.

I am a single person who has a hard time making ends meet as it is.

**Consumer's Desired Resolution:**
Please help get this resolved.

**Business/Consumer Response & Rebuttals:**

**01/12/2012**
**AWD**

Respond to Complaint

Please see attached.

---

**01/19/2012**
**Ms. Jacqueline Duke**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8859819, and have determined that this proposed action would not resolve my complaint. For your reference, details of the offer I reviewed appear below.

Please see attached.

Regards,

Jacqueline Duke

---

BBB-000029

**AWD**
209 East Baseline Road
Suite E201
Tempe, AZ 85283
Phone: 1-888-583-1956
Fax: 480-292-8195



# Fax

| To: | BBB | From: | AWD |
|---|---|---|---|
| **Fax:** | 1(602) 263-0897 | **Pages:** | 3 |
| **Phone:** | 1(602)-264-1721 | **Date:** | January 2, 2012 |
| **Re:** | Jacqueline Duke | **CC:** | |

☑ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

● **Comments:**   This fax is concerning the case number 8859819.   The clients name is Jacqueline Duke and the amount of the sale was $998.00.  The transaction date was November 7, 2011.  Following this cover sheet there is a document with a written explanation of everything we have done to satisfy our client's needs.  If any more information is required please contact us at 1 (800) 525-2956.


Thank you,

AWD



**Better Business Bureau**
4428 N. 12th Street
Phoenix, AZ 85014-4585
602-264-1721 | 602-263-0997
arizonabbb.org

12/27/2011

Lee Miceli
A W D
209 E. Baseline Road #E-201
Tempe  AZ  85283

Dear Lee Miceli:

Better Business Bureau of Central, Northern and Western Arizona (BBB) recognizes that a loyal customer base is valuable and would like to call your attention to correspondence from one of your customers who has contacted BBB for assistance. We have assigned the following complaint **ID#: 8859819** for reference purposes.

Please realize BBB does not judge the validity of issues presented by a consumer; we understand that there are two sides to every dispute. As part of its mission, BBB assists businesses and consumers by opening lines of communication with the facilitation of disputes, and providing company reports to summarize how a company resolves any issues that may arise.

Our hopes are that you will recognize this BBB service as a positive effort.  Our intent is to be of assistance only to the extent that we may accomplish a fair and reasonable resolve. At this time, we request you review the issues presented and consider how the matter can be addressed and/or resolved.

Please provide BBB with a written response within 7 days of receipt of this letter, advising of the position your company will take. If you prefer, the customer may be contacted directly to resolve this matter, in which case BBB requests notification of the outcome.

If you received this complaint via email simply click on the **"Submit a Response"**, link located on the left, when you are ready to respond.  You may also send your response to complaints@arizonabbb.org, or by mail or fax. BBB thanks you in advance for your attention to this matter.

Sincerely,

Andelyn D. Rodriguez
Your Better Business Bureau

12/28/2011

*This letter was printed on recycled paper*



AWD

To:
Better Business Bureau
4428 N 12th Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8859819

January 2, 2012

To whom it may concern,

     Please consider this our response to the complaint number 8859819.  We apologize for the inconvenience.  Please advise Jacqueline Duke to contact her credit card company to dispute the charge for 998 on the transaction date of November 7.  We will make note in the account not to dispute the charge once we receive it in our office.

If you have any questions, please contact our office at 1-888-583-1956.

Sincerely,
AWD

BBB-000032

JAN-18-2012 14:12



**Better Business Bureau**
4428 N. 12th Street
Phoenix, AZ 85014-4585
602-264-1721 | 602-263-0997
arizonabbb.org

01/12/2012

Jacqueline Duke

Martinsville VA 24112

Dear Jacqueline Duke :

Better Business Bureau of Central, Northern and Western Arizona (BBB) has communicated your dispute to A W D; a reply is enclosed for your records.

Based on the company's correspondence, BBB assumes your dispute is resolved. If this statement is incorrect, please notify us in writing within 7 business days of receipt of this letter; specify any outstanding issues, and/or indicate what would bring this matter to a satisfactory close. In addition, to help expedite this matter, provide documentation (copy of receipt, contract, invoice, etc.) to support your position. *(Not Resolved - have not rec'd resund)*

If further communication is not received from you, BBB will assume that you are satisfied and this matter will reflect as resolved.

Thank you for allowing BBB to assist you with this matter. Every month, your BBB provides more than 90,000 reliability reports on Central, Northern and Western Arizona area businesses and process nearly 3000 consumer complaints at no charge. Your support can help keep BBB's torch burning bright. If you would like to support BBB services, you may send your tax-deductible contribution to the Better Business Bureau Foundation at 4428 N. 12th Street, Phoenix, AZ 85014.

Sincerely,

Andelyn D. Rodriguez
Your Better Business Bureau

1/13/2012                          *This letter was printed on recycled paper*                          BBB-000033



*Attn:*
*Andelyn D. Rodriguez*

11/1/2011 rec'd phone call stating they could help lower my interest rates on my credit cards.
Talked to Kimberly, Sally and Heather
offered the service for $1450....I advised I could not do it
then offered the service since I was divorced and single for $998
needed my card numbers, etc
I told them I did not feel comfortable doing this.
said they needed this info to get started

supposedly, set up a conference call on 11-3-11
Heather, financial advisor called and said computer was down
set up call for 11-4-11 at 7:00
I never heard back from Heather since the beginning.

I assumed nothing was done.
When I went out of town for Thanksgiving and returned, that charge was on my credit card.
It was posted on 11-7-11.
I immediately called on Monday, 11-28-11 and have been calling ever since to no avail.
I talked to Suzie and stated I wanted a refund.

11/29/2011 talked to Suzie again, said she would note and have someone to call me.

11/30/2011 no one called....I called again.....talked with Adriane....she said she was putting in note in computer

12/2/2011 called again, got Adriane again, she said my fin. Advisor was the only one that could do this
said I would have to call the Orlando office which answers as Client Services   phone: 407 480 4489

12/2/2011 called for Heather....said she was in a meeting..would leave a message I called
called again at 3:55....told she was not there...was at home with her sick son

12/3/2011 called again....talked to Daisy...supervisor, said Heather was the one to talk to.
Heather never called.

12/5/2011 no one called.....I called 3x .....they set up appt for Heather on 10:30 to call me on 12-6-11
I called at 12:03....13:10.....15:52

12/6/2011 called & person answering hung up on me
called again at 10:34 .....said Heather was not there
called again at 10;35 ......said Heather in meeting

12/6/2011 called AZ office again @ 10:36 , Adriane said this is crazy
and it should have been resolved by now.
I asked for the head supervisor
She said she would ask Dan Bayer to call me
I called again 13:18 and 16:57
still getting the run around

12/7/2011 no one called.....I called again....talked with Lisa....she said Adriane should have *never given*
message to Dan...he did not do the refunds

BBB-000034

**APPENDIX - 000040**

called Florida again, spoke to Samantha, said they had file for review
she was supposed to put in for refund
I asked for email and certified letter
I have never received anything from AZ or FL.

called FL office at 11:07, 11:09, 14:14
same old line ....Heather not there

12/12/2011 called 3 times.....hung up on 2 times          11:07 & 11:09 & 14:14
last time, girl said she would leave message for Samantha to call me

12/13/2011 called @ 16.27 ....left message for Samantha to call

12/16/2011 no one called.....I called again.....no supervisor there

12/18/2011 sent email to BBB
waited a few days for response

12/21/2011 called BBB and said they did not have email from me
it might take time for them to receive and work on

12/27/2011 called BBB back....said never rec'd
I immediately sent email to Caitlyn

*    I have never rec'd any kind of email, letter or invoice from
the office in AZ or Fl.

*    Nothing has been resolved in this matter.
This is not a good way to do business.

*    I have been given the run around since this nightmare began.

*    All I want is the refund amount of $998.00

*    I am also working with the credit card company that the charge was on.
I am sending them the same document.
They are trying to reverse the charge to no avail.

Thank you
very much,

Jacquline Duke

Martinsville, VA 24112



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8859030

| | |
|---|---|
| **Consumer Info:** Green, Juanita | **Business Info:** A W D |
| ▓▓▓▓▓▓▓ | 209 E. Baseline Road #E-201 |
| WASHINGTON, DC 20001 | Tempe, AZ 85283 |
| ▓▓▓▓▓ | 8885831956 |
| noreply@noemailprovided.org | |

**Date Filed:** 12/27/2011

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
see Attached document

**Consumer's Desired Resolution:**
see Attached document

BBB-000036

**Business/Consumer Response & Rebuttals:**

**01/10/2012**
**AWD**

Respond to Complaint
Please see attached.

---

**04/07/2012**
**Ms. Juanita Green**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8859030, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution.]

Regards,

Juanita Green

Please find the attached document.

---

AWD
209 East Baseline Road
Suite E201
Tempe, AZ 85283
Phone: 1-888-583-1956
Fax: 480-292-8195



# Fax

| To: | BBB | | From: | AWD |
|-----|-----|---|-------|-----|
| Fax: | 1(602) 263-0997 | | Pages: | 5 |
| Phone: | 1(602)-264-1721 | | Date: | January 3, 2012 |
| Re: | Juanita Green | | CC: | |

☑ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

● **Comments:** This fax is concerning the case number 8859030. The clients name is Juanita Green and the amount of the sale was $695.00. The transaction date was September 6, 2011. Following this cover sheet there is a document with a written explanation of everything we have done to satisfy our client's needs. If any more information is required please contact us at 1 (800) 525-2956.

Thank you,

AWD

AWD

Case 2:12-cv-02248-FJM   Document 8   Filed 10/22/12   Page 48 of 102



Better Business Bureau
4428 N. 12th Street
Phoenix, AZ 85014-4585
602-264-1721 | 602-263-0997
arizonabbb.org

12/27/2011

Lee Miceli
A W D
209 E. Baseline Road #E-201
Tempe  AZ  85283

Dear Lee Miceli:

Better Business Bureau of Central, Northern and Western Arizona (BBB) recognizes that a
loyal customer base is valuable and would like to call your attention to correspondence from
one of your customers who has contacted BBB for assistance. We have assigned the
following complaint **ID#: 8859030** for reference purposes.

Please realize BBB does not judge the validity of issues presented by a consumer; we
understand that there are two sides to every dispute. As part of its mission, BBB assists
businesses and consumers by opening lines of communication with the facilitation of
disputes, and providing company reports to summarize how a company resolves any issues
that may arise.

Our hopes are that you will recognize this BBB service as a positive effort.  Our intent is to
be of assistance only to the extent that we may accomplish a fair and reasonable resolve. At
this time, we request you review the issues presented and consider how the matter can be
addressed and/or resolved.

Please provide BBB with a written response within 7 days of receipt of this letter, advising of
the position your company will take. If you prefer, the customer may be contacted directly to
resolve this matter, in which case BBB requests notification of the outcome.

If you received this complaint via email simply click on the **"Submit a Response"**, link
located on the left, when you are ready to respond.  You may also send your response to
**complaints@arizonabbb.org**, or by mail or fax. BBB thanks you in advance for your
attention to this matter.

Sincerely,

Andelyn D. Rodriguez
Your Better Business Bureau

BBB-000039

APPENDIX - 000045

To:
Better Business Bureau
4428 N 12th Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8859030

January 2, 2012

On September 6, 2011 we were in contact with Juanita Green and took a phone order for $695.00 for our service. After this she was forwarded to our Quality Assurance Department to confirm her order and she gave us a high rating for customer service.  We have obtained Ms. Green's billing information from her in order to authorize and process the onetime fee:

- Visa: ███████████████████
- Billing Address: █████████████████

For additional verification we obtained Ms. Green's:

- DOB: ██████
- Last Four Digits SSN: ████

In addition we use all fraud measures at our disposal and received an AVS exact match at the time of the charge and the card was in the card holder's possession at time of order.

If you have any questions, please contact our office at 1-800-525-2956.

Sincerely,
AWD







BBB-000041

Re: Case No. 8859030

We, AWD Services, have written out some points to show that we have fulfilled service for this client. These are the things that we have done for Juanita Green:

- Juanita Green purchased a Financial Advisement Program for $695.00. This is a onetime fee for our service.

- We have set Juanita up with a new 0% interest credit card that allowed her to transfer her high interest rate debt to so she can save money on interest payments.

- We have been in contact with Juanita on a number of occasions to update her on the status of her account:
  - September 22, 2011-we called client to set an appointment to speak about her account status
  - September 27, 2011-appointment day, called client and updated her with her account status
  - October 12, 2011-client called into our office and spoke with a customer service representative
  - October 12, 2011-called client and updated her with her account status
  - October 27, 2011-client called into our office and spoke with a customer service representative
  - October 27, 2011-called client and updated her with her account status
  - November 16, 2011-called client and updated her with her account status
  - December 5, 2011-client called into our office and spoke with a customer service representative

- As you can see, we have returned any call received by Juanita and have made calls to her since her sign up date to update her with the status of her account.

- After a full explanation of the services, she underwent a recorded verbal authorization for our one-time fee. Before completion of the phone call, Ms. Green was fully knowledgeable of the service in which we have already fulfilled.

- We have a no cancellation policy that was explained to Juanita at the time of purchase. In addition, Ms. Green has never requested a refund from the beginning or indicated to us that she does not want the service. Ms. Green has had services rendered; therefore no refund will be able to be issued at this time.

- We complete the service to each client over numerous telephone conversations. We have given Juanita Green Financial Advisement which is what our company does and what we have done for Juanita.

- Again, we have fulfilled our services to Juanita Green.

Sincerely,

AWD



# Service Agreement

The purpose of this Service Agreement is to outline the relationship between "You", the individual, and AWD, a wholly-owned corporation, and the proprietor of "Stepping Toward Your Financial Road Map for Success" service package.

**IN THIS MUTUAL SERVICE AGREEMENT, AWD FINANCIAL AGREES TO:**

Provide you with any or all of the following services:

1. Our service package, known as "Stepping Toward Your Financial Road Map for Success".
2. Our written evaluation and analysis of your current debt and credit profile; dependent and based solely upon information supplied to us, through your timely submission of the Personal and Financial Profile forms.
3. Our Financial Road Map; to include a customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. Provide you with a **minimum** savings of $2500 in interest and finance charges or your money back.
5. Treat you as a valued client and team member, communicate and respond immediately to your inquiries and submissions of personal and financial information.
6. Honor your right to privacy, and protect the confidentiality of your personal and financial information to the best of our ability.
7. Accept your one-time, payment as the full and only charge for services.
8. Attempt to negotiate on your behalf with your credit lending institution to reduce interest rates.
9. Gladly return your payment in the event AWD is incapable of satisfying your minimum savings.

**AS A VALUED CLIENT OF AWD, YOU HAVE A RESPONSIBILITY AND AGREE TO:**

1. Accept and acknowledge this agreement by signing your name on the Client Signature line at the bottom of this Service Agreement.
2. If dissatisfied for any reason, please contact customer service as soon as possible.
3. Cooperate with AWD and fully participate in the program by timely submitting your personal and financial information required to perform the work you have retained AWD to do.
4. Understand and acknowledge that AWD does not make any warranty as to the results of this program or the use of its services.
5. Return the Sample Financials Service Package entitled "Stepping Toward Your Financial Road Map for Success" within thirty (30) days.

Client Name (Print) Juanita E Green

Clients Signature Juanita E Green                    Dated 9-16-11

Second Clients Signature _____ Dated _____
(If Applicable)



Service Agreement

BBB-000043

DEC 14 2011     12/7/11

To BBB

AWD 1-888-583-1956 TEMPO AZ
1 800 273 321 4 PHOENIX AZ

Supervisor Brian,
Financial Advisor Wayne, Jason Knox

On Sept. 2011 I received a phone
call from AWD asking me if I
would like to save 2500 a year
and lower my interest rate on my
credit cards. After asking a few
questions I agreed because it sounded
like a good deal. I paid them $695.00
for the service. In Oct around the
third week I called to see what was
going on with the process he (Wayne)
assured me that he was working on my
account he did not like the first
offer but he was trying to get it lower.
He said he would call me back in a couple of
days he didn't. I called him around Nov 1
and told him to forget it since he wasn't able to
do what he said just refund my money. He
said give him one more chance and he will call
me in a couple of days. They start slowing phone tag
soon as they find out who I was they would not talk to

BBB-000044



BBB-000045

he said he was not my advisor But
he would find out who he was and
called me back that evening or the
next morning, After not hearing
from him I called Customer
service and they told me my
advisor was Jason Knox, so I
start calling him with no luck
they say he is out of the building or
away from his desk or on the
phone, so I said I hold on the
phone for him I held for
thirty minutes he never came I
believe they put me on hold with the
intention of not answering, I am a
Senior citizen and I feel like
I have been taking advantage of
I hope there is something you can do
to help me and others like me. I would
like to get my money back.

Juanita Green

Wash. DC 20001

AWD
123 East Baseline Road
Suite 208

Tempe Arizona 85283

BBB-000047

RECEIVED
FEB 04 2012
By_____

Feb, 2, 2012

Dear BBB,

My case number is 8854030 as of Feb 2, I have not received any correspondence from AWD. As of this date they have not got my charge account interest rates lower like they promise me nor have they returns my payment of $695.00

Juanita Green

BBB-000048

BBB-000049

APPENDIX - 000055



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #: 8888763**

**Consumer Info:** Hablitzel, Greald
█████████
Carey, OH 43316

██████████████

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 1/20/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
My wife talked to AWD back in Sept.of 2011,they were suppose to lower my interest rates on 2 of my credit cards,my wife gave them my credit card information,then they sent papers in the mail which,I was suppose to sign and mail back to them,I changed my mind and no longer wanted their help,so,I did not mail the papers in.AWD took $695.00,and charged it on my credit card.My wife and I have called them several times to ask them why we have not been reimbursed for our $695.00,and they keep giving us the run around saying it will be on our next statement.I received my credit card bill in the mail today and still no reimbursement.I just want my $695.00 credited back to my credit card.Please Help Me,to resolve this matter.Thank You Very Much !!

**Consumer's Desired Resolution:**
I would like my $695.00 credited back to my credit card,they have told my wife and I both that they will,and I have yet to see it happen.Thank You !!

**Business/Consumer Response & Rebuttals:**



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8753281

**Consumer Info:** Hanger, Susan
▮▮▮▮▮▮▮▮
Staunton, VA 24401

▮▮▮▮▮▮▮▮

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283

**Date Filed:** 9/27/2011

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
I have paid money for this company to lower my interest rates on two credit cards and nothing has been done. This transaction was made on July 7, 2011. I have tried contacting this company several times and have had nothing done. I called today and someone was supposed to call me back within the hour and no one called. I would like to have my money back.

**Consumer's Desired Resolution:**
I would like to have a refund for this transaction since nothing has been done to help me.

**Business/Consumer Response & Rebuttals:**

**10/07/2011**
**Lee Miceli**

Respond to Complaint
See attached documents

BBB-000053

# AWD

209 E. Baseline Rd
Suite E-201
Tempe, AZ 85283

Phone: 888.583.1956
Fax: 480-292-8195

Better Business Bureau
4428 North 12th Street
Phoenix, AZ 85014-4585
Telephone 602-264-1721
Facsimile 602-263-0997
arizonabbb.org

Re: Complaint ID# 8753281

October 06, 2011

On July 19 our call center contacted Susan Hanger with the offer to lower her interest rates
on her credit cards for a onetime fee of $700.00, once she agreed to the service, she was transferred
to our quality assurance department to confirm her order, we then sent her a packet to complete, so
that the financial advisor assigned to her account could get a full financial snapshot in order to
negotiate with her credit card companies to lower her rates. Susan Hanger according to UPS tracking
1Z1VW6453553795296 received her packet on July 25, from that point she could have contacted us
with any questions regarding her packet or billing. Our negotiation team is only able to negotiate on
her behalf once the contract within her packet is signed, we did receive her signed agreement on
August 9, 2011. After receiving the packet the Financial Advisor assigned to her account, Jason Knox
contacted her to reduce the rates on her cards. At that time she was requested to contact Jason Knox
back when she received the confirmation letters from her credit card companies in the mail.  Today,
we received notice of this complaint; therefore Jason Knox contacted Susan Hanger to confirm that
she was satisfied with our services, also to go over details of her account, the conversation, he had
with her was pleasant and she reacted with no dissatisfaction. If there is any further documentation
needed to get this complaint resolved, please contact our office. Also, iIf you have any questions or
need further information, please contact our office at 1-888-583-1956.

Sincerely,

Lee Miceli

AWD Billing Department



BBB-000054



# Service Agreement

The purpose of this Service Agreement is to outline the relationship between "You", the individual,
and AWD, a wholly-owned corporation, and the proprietor of
"Stepping Toward Your Financial Road Map for Success" service package.

**IN THIS MUTUAL SERVICE AGREEMENT, AWD FINANCIAL AGREES TO:**

Provide you with any or all of the following services:

1. Our service package, known as "Stepping Toward Your Financial Road Map for Success".
2. Our written evaluation and analysis of your current debt and credit profile; dependent and based solely upon information supplied to us, through your timely submission of the Personal and Financial Profile forms.
3. Our Financial Road Map; to include a customized credit card payment schedule, tailored to reduce the projection of your overall interest paid on debts.
4. Provide you with a **minimum** savings of $3000 in interest and finance charges or your money back.
5. Treat you as a valued client and team member, communicate and respond immediately to your inquiries and submissions of personal and financial information.
6. Honor your right to privacy, and protect the confidentiality of your personal and financial information to the best of our ability.
7. Accept your one-time, payment as the full and only charge for services.
8. Attempt to negotiate on your behalf with your credit lending institution to reduce interest rates.
9. Gladly return your payment in the event AWD is incapable of satisfying your minimum savings.

**AS A VALUED CLIENT OF AWD, YOU HAVE A RESPONSIBILITY AND AGREE TO:**

1. Accept and acknowledge this agreement by signing your name on the Client Signature line at the bottom of this Service Agreement.
2. If dissatisfied for any reason, please contact customer service as soon as possible.
3. Cooperate with AWD and fully participate in the program by timely submitting your personal and financial information required to perform the work you have retained AWD to do.
4. Understand and acknowledge that AWD does not make any warranty as to the results of this program or the use of its services.
5. Return the Sample Financials Service Package entitled "Stepping Toward Your Financial Road Map for Success" within thirty (30) days.

Client Name (Print) _Susan F. Hanger_____

Clients Signature _Susan F. Hanger_____ Dated _7/28/2011_

Second Clients Signature _____ Dated _____
    (If Applicable)



Service Agreement

BBB-000055

Case 2:12-cv-02248-FJM    Document 8    Filed 10/22/12    Page 65 of 102

209 E. BASELINE ROAD SUITE E-201
TELEPHONE 888-583-1956
FAX 480-292-8195



**AWD**

# Fax

| To: | Esenia Solano | From: | Lee Miceli |
|-----|---------------|-------|------------|
| Fax: | 602-263-0997 | Pages: | 4 including cover |
| Phone: | 602-264-1721 | Date: | 10/06/2011 |
| Re: | Complaint 8753281 | cc: | Susan Hanger |

x Urgent    x For Review    ☐ Please Comment    x Please Reply    ☐ Please Recycle

● Comments:



**Better Business Bureau**
4428 N. 12th Street
Phoenix, AZ 85014-4585
602-264-1721 | 602-263-0997
arizonabbb.org

09/30/2011

A W D
209 E. Baseline Road #E-201
Tempe AZ 85283

Dear Representative A W D:

Better Business Bureau of Central, Northern and Western Arizona (BBB) recognizes that a loyal customer base is valuable and would like to call your attention to correspondence from one of your customers who has contacted BBB for assistance. We have assigned the following complaint ID#: **8753281** for reference purposes.

Please realize BBB does not judge the validity of issues presented by a consumer; we understand that there are two sides to every dispute. As part of its mission, BBB assists businesses and consumers by opening lines of communication with the facilitation of disputes, and providing company reports to summarize how a company resolves any issues that may arise.

Our hopes are that you will recognize this BBB service as a positive effort. Our intent is to be of assistance only to the extent that we may accomplish a fair and reasonable resolve. At this time, we request you review the issues presented and consider how the matter can be addressed and/or resolved.

Please provide BBB with a written response within 7 days of receipt of this letter, advising of the position your company will take. If you prefer, the customer may be contacted directly to resolve this matter, in which case BBB requests notification of the outcome.

If you received this complaint via email simply click on the **"Submit a Response"**, link located on the left, when you are ready to respond. You may also send your response to complaints@arizonabbb.org, or by mail or fax. BBB thanks you in advance for your attention to this matter.

Sincerely,

Esenia Solano
Your Better Business Bureau

:0-0-2011

This letter was printed on recycled paper

BBB 000057



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8800373

**Consumer Info:**
Haugh, Chris
▮▮▮▮▮▮
Woodbury, MN 55125
▮▮▮▮▮▮

**Business Info:** CardMember Services
209 E. Baseline Road #E-201
Tempe, AZ 85283
888-583-1956

**Date Filed:** 11/7/2011

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
I have been called repeatedly by CARDMEMBER SERVIES solicitation for reduced interest rates on Current Credit cards held. I am currently on the NATIONAL DO NOT CALL LIST. Registered online and its active shown. I have been getting called 2-3 times a week. Usually when I am online which makes me think someone is tracking me. I feel this is related to online activity for some reason or another. WHich is why it happens usually when I am online. Not looking at a specific website either. Now I have contacted them ask them to remove me from their calling list. They were called last week to remove me from the list. I had talked with one of their supervisors whom assured me that I was going to be removed from the calling list. This was not done because I was called today with more solicitations from the same company CARDMEMBER SERVICES.

**Consumer's Desired Resolution:**
TO STOP CALLING ME AT MY HOME PHONE. Or they will be sued for damages of harrassment.

**Business/Consumer Response & Rebuttals:**

**11/17/2011**
**Lee Miceli**

Respond to Complaint
See attached documents

# AWD

209 E. Baseline Rd                Phone: 800-525-2956
Suite E-201                       Fax:    480-292-8195
Tempe, AZ 85283

Better Business Bureau
4428 North 12th Street
Phoenix, AZ 85014-4585
Telephone 602-264-1721
Facsimile 602-263-0997 arizonabbb.org

Re: Consumer Complaint ID#: 8800373

November 16, 2011

In response to Mr. Chris Haughs accusation, prior to becoming our clients, consumers are
contacted by a third party automatic dialer which auto generates a pre-recorded message inviting
consumers to their services. They are given the option to press # to speak with a representative,
or automatically remove themselves from the list by pressing *. If they press # they are directed to
a live representative who is there to provide answers to their questions and provide the services
required. To our knowledge, if they press * they are removed from the call list provided by the
third party service. We take all inbound customer service calls for the company(ies) after the client
is already a member. Unfortunately it is out of our control to remove consumers from any third
party direct marketing list.

Also, to comment on card member services, there are 798,000 results listed for this in a Google
Search, I am unsure why we were contacted in response to a card member services complaint,
please inform me, so we may attempt to resolve any issue that may be defaulting our name.

If you have any further questions/comments/concerns, or request any further information, please
feel free to contact me.


Sincerely,


Lee Miceli

AWD



BBB-000060

209 E. BASELINE ROAD SUITE E-201
TELEPHONE 800-455-9673
FAX 480-292-8195



**AWD**

# Fax

| To: | Nancy Babos | From: | Lee Miceli |
|-----|-------------|-------|------------|
| **Fax:** | 602-263-0997 | **Pages:** | 2 |
| **Phone:** | 602-264-1721 | **Date:** | 11/16/2011 |
| **Re:** | Complaint # 8800373 | **cc:** | . |

☐ Urgent    x For Review    ☐ Please Comment    ☐Please Reply    ☐ Please Recycle

● **Comments:**



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8997565

**Consumer Info:** Hunt, Marie

███████████
East Point, GA 30344
███████
noreply@noemailprovided.org

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 4/17/2012

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
see Attached document

**Consumer's Desired Resolution:**
see Attached document

BBB-000062

**Business/Consumer Response & Rebuttals:**

BBB-000063



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8945987

**Consumer Info:** Jones, Aimee

Spotsylvania, VA 22551

**Business Info:** AWD
209 E. Baseline Road #E-201
Tempe, AZ 85283
888-583-1956

**Date Filed:** 3/7/2012

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

I received an unsolicited phone call on 9/1/11 from a company who said they could lower my interest rates on my credit cards and save me money. Their guarantee was that if they saved me $3500.00 by lowering my rates than I would be charge a one time processing fee of $1998.00. During this call they asked; and I gave, my social security number, credit card number and security code to the financial advisor I was working with.We went over all my credit accounts and he chose one card that he could work with, Citibank. We had a 3 way conference call and he was able to get my interest rate lowered from 19.99% to 14.99%; my balance on this card was $323.00. Although the interest rate had been lowered he was unable to save me the minimal guaranteed amount of savings and he apologized and thanked me for my time.Weeks later I received my statement from Citibank and saw the charge from AWD for $1998.00; charged the day the phone call took place. I called the customer service line from the interest rate company and asked for a refund due to the guarantee of savings not met. I was issued a refund and was told it would post in 2-3 weeks. The refund never posted. I then contacted Citibank and reported the unauthorized charge. It is now 3/7/12 and I am still fighting this dispute.I never received any paperwork from the interest rate company, no emails, nothing to prove a contract did or did not exist. I have made hundreds of phone calls, sent numerous letters,and still have to prove that I did not authorize this charge. I still have the charge posted to my Citibank account. In my own investigation I found a complaint from a consumer on scamwarners.com listing AWD and their fraudulant practices.

**Consumer's Desired Resolution:**

I want this company to honor the guarantee and refund the processing fee. They provided no service to me. They took my personal information and used it to charge my card. They have phone numbers and customer service agents, but they never return your phone call. They dont provide any paperwork; everything is done over the phone. They are not a reputable company.Please refund my money to me.

**Business/Consumer Response & Rebuttals:**

BBB-000065



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8963332

| | |
|---|---|
| **Consumer Info:** Kidd, Kellie | **Business Info:** A W D |
| ▮▮▮▮▮▮ | 209 E. Baseline Road #E-201 |
| Nashville, TN 37221 | Tempe, AZ 85283 |
| | 8885831956 |
| ▮▮▮▮▮▮ | |

**Date Filed:** 3/19/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
I was initially contacted by Financial Management Partners in September 2011. They solicited me with a claim they could lower my credit card interest rates if I paid $995, which I verbally agreed to. I then called back and verbally cancelled and was told I would be issued a refund. AWD charged my credit card $995. I have spoken with both companies in order to get my money back and was assured it would happen. It still has not. Financial Management Partners does not even show me in their system. AWD claims they are no longer the processing company for them and cannot help. I never received any services or products for the charge. Since AWD is the listed merchant on my credit card, I feel they are as responsible for the refund as Financial Management Partners. I have filed a claim against them, as well. I never signed any paperwork with either company.

**Consumer's Desired Resolution:**
I would like a full refund of $995. I have not received any services or products for this charge.

**Business/Consumer Response & Rebuttals:**

BBB-000067



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 9007411

**Consumer Info:** Lafferty, Karen

Santa Fe, NM 87505

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 4/25/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
AWD Contacted me by phone to offer debt consolidation services. I paid them $795 on 11/2/2011 of which $345 was to be refunded as per agreement. They did call me twice and help me lower rates on some of my credit cards. Their promise was to save me "thousands" in interest or a "money back". I was recently checking for the refund. I am delayed on this because of my work travel. I never found it so I tried to call them. The number given to me on the papers they sent me is not a working number. I have given them a lot of credit card info and am now afraid that they were a fraud from the beginning. I am changing all my credit card numbers to protect my self from further fraud. I am also contacting the Arizona Attorney General's office concerning them. The names they used were Jason Knox, Brian Scoloff. There was one other phone number they gave me which I tried 800-273-3214. I called it and they were a "Costumer Service" answering service. They told me they no longer work with AWD and that I should call my bank. That tells me that they found something fraudulent about them.

**Consumer's Desired Resolution:**
Since they did help me get some of my debt lowered and did previously agree to refund me $345, I would like for them to honor that commitment.

**Business/Consumer Response & Rebuttals:**



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8921882

**Consumer Info:**  leduc, jamie

terryville, CT 06786

**Business Info:**  A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 2/16/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

A Mr.Smith had given me the terms of the service which required calculating a refundable fee that I would pay up front bases on reducing my interest percentage on my credit card to 6% from 24%. After calculating the fee he was only able to reduce my rate to 15% and went ahead and charged me the fee which was not altered to reflect the 15% rate he was able to obtain. He also stated that if I made $4,000 worth of payments (which was my credit card balance at the time and the amount used to calculate the fee, the fee being paid up front interest) that i would get the fee refunded back. I had asked to Mr.Smith if future purchases had any impact on the arrangement and he said "No, that I could go ahead and make purchases and did not need to pay of my credit card to zero, only make payments to cover the initial $4,000 balance. I asked him this to be clear that I would be able to get refunded even if I continued to use my card. He said the phone call was recorded. After making my $4,000 in payments I went ahead and called Mr.Smith and I was told by Daisy that he no longer works there. She attempted to help me and had me fax them proof of payments. I then called them back and Daisy told me I was ineligible for refund because I did not pay off my balance to zero. I went ahead and disputed with my credit card company which lead to a decline in dispute because AWD proved they provided me with the service I agreed to. However, the service I agreed to and the service they provided are not the same. After 2 months of trying to contact Daisy again, I finally reached her on 2/16/2012. She told me that whatever Mr.Smith had told me is not the way their business works. I told her to listen to my conversation with Mr.Smith and she told me she will not and that it doesnt matter because I agreed to the terms of service which was recorded also. I did agree to the terms of service that Mr.Smith explained to me which included refund of my $800 after I made $4000 of payments.I believe this is a major legal issue.

**Consumer's Desired Resolution:**

I would like refund of my $798.

**Business/Consumer Response & Rebuttals:**



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8893449

| **Consumer Info:** | merrill, tammi | **Business Info:** | A W D |
| --- | --- | --- | --- |
| | la porte, IN 46350 | | 209 E. Baseline Road #E-201 |
| | | | Tempe, AZ 85283 |
| | | | 8885831956 |

**Date Filed:** 1/24/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

was called by phone to lower credit card rates listened to whole sales pitch told them i would have to talk to my husband b4 i decided anythingfor sure they told me no problem they would take all my info. then sendme a packet in the mail for my husband & i to look over for 30 days. ifwe decided to go with the service just sign & return if not they wouldtake a fee of $995.00 off my credit card asured me nothing final withoutour signatures & paperwork sent back.My husband wanted nothing to do withthe whole thing so we never sent back paperwork. after 30days or so i noticed awd never took off the fee so i called to ask why they informedme they were not going to return the fee even though they never got oursignatures & no interest rates were lowered have not recieved any servicefrom them. called my credit card & tried to get it disputed & they triedbut they said awd refused.

**Consumer's Desired Resolution:**

we have since paid off the account and would like a full refund of $995.00 by check. it has been 5months & have not heard anything fromthem

**Business/Consumer Response & Rebuttals:**

BBB-000073

**BBB.**
bbb.org

Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8995446

**Consumer Info:** Mitchell, Greg

Decorah, IA 52101

**Business Info:** A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 4/16/2012

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
i was contacted many many times by a sales/marketer from AWD to lower my interest rate on my credit card. finally i agreed to have AWD help lower my interesrt rates for a fee but they were to send a conformation letter afterwards. On 10/21/2012 AWD charged my credit card $795. and has NOT lowered my interest rates...and no conformation letter. I have left numerous phone messages for Jason Knox( the rep that talked me into this scam)his phone number 888-583-1956 he will not return my calls nor will anyone return my calls. I would like my money put back onto my credit card that they charged it from.

**Consumer's Desired Resolution:**
I would like that AWD put back the money they charged $795 and the interest that has been charged for the $795.00

**Business/Consumer Response & Rebuttals:**

**BBB**
bbb.org

Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8966188

**Consumer Info:**  Oare, Donna

Saint Michael, MN 55376

**Business Info:**  A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283
8885831956

**Date Filed:** 3/21/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
AWD Contacted me in November, I believe. They stated they could reduce the interest rate on my credit cards.
They charged my credit card in December for $l,1495.00. I called back the next day to cancel this and was told I
had 30 days to cancel. They sent out a packet I was to fill out and send back. I didn't fill out any paper work with
them and called again to cancel I had transfered an amount with a lower interest rate so I didn't want their
services. I was told ok, they would credit me the $1,495.00. I have called every month since, the receptionist
says she would expedite the return and no supervisor has returned my calls.

**Consumer's Desired Resolution:**
I would like the $1,495.00 credited back to my credit card plus interest from December on (22%).

**Business/Consumer Response & Rebuttals:**

BBB-000077



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8878875

| **Consumer Info:** | | **Business Info:** | |
|---|---|---|---|
| Overberg, Jamie | | Card Member Services aka ambrosia web design | |
| Westminster, CO 80031 | | 209 E. Baseline Road #E-201 | |
| | | Tempe, AZ 85283 | |
| | | 888-583-1956 | |

**Date Filed:** 1/12/2012

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I am on a no call list. I have never done business with this company. They call me 3 to 4 times a week. I have asked them 5 times to remove me and stop calling. I have filed 5 complaints with nocalllist.org. I just want them to stop.

**Consumer's Desired Resolution:**

I want them to destroy any information they have for me and stop calling.

**Business/Consumer Response & Rebuttals:**

BBB-000079

**BBB**
bbb.org

Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8975976

**Consumer Info:**   Paglia, Carolyn

Elkton, MD 21921

**Business Info:**   AWD Financial
209 E. Baseline Road #E-201
Tempe, AZ 85283
888-583-1956

**Date Filed:** 3/29/2012

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
In September 2011, my husband and I purchased the financial service from AWD Financial that they would secure for us a new credit card with a lower APR to which we could transfer the balances of our existing two credit cards which in turn would save us money. The fee charged to our Capital One card was $795.00. They guaranteed to save us $2500 in interest. A new card could be received within 30 days according to Jason Knox who was our contact person at AWD. This never came through for us, so on 2/14/2012 when I called to speak to Jason, Patrice, Jason's assistant, told me that we were to get a full refund within 30 days because a new credit card could not be secured for us, therefore they could not come through with their guarantee. As of this date, 3/29/2012, we have not received the money put back on our Capital One card. All my calls now are not answered and I leave messages for a return call but no one calls.

**Consumer's Desired Resolution:**
We want an immediate full refund of $795.00 as stated by Patrice. In their service agreement it is stated that if they cannot save us $2500 on interest charges, we would get our money refunded.

**Business/Consumer Response & Rebuttals:**



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8843149

**Consumer Info:**  Phillips, Robert
███████████
CLEVELAND, OH 44128
███████
noreply@noemailprovided.org

**Business Info:**  A W D
209 E. Baseline Road #E-201
Tempe, AZ 85283

**Date Filed:** 12/12/2011

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
The consumer called our office to file a complaint against this company on December 12, 2011. BC. The consumer indicates this company was hired to provide debt counseling/advise. The goal was to lower his debt. The company took $995 from his bank account on September 29, 2011. The consumer then received a call from a different company offering a lower price but when he informed this company of that call they agree to lower the $995 to $595. This never took place as the company had already taken out the $995. The company has failed to provide any services or refund.

**Consumer's Desired Resolution:**
The consumer is seeking a refund of $995.

**Business/Consumer Response & Rebuttals:**

**03/07/2012**
**Mr. Robert Phillips**

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 8843149, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution.]

Regards,

Robert Phillips

Please find the attached document.

BBB-000083

AWD
209 East Baseline Road
Suite E201
Tempe, AZ 85283
Phone: 1-888-583-1956
Fax: 480-292-8195



# Fax

| To: | BBB | From: | AWD |
|-----|-----|-------|-----|
| Fax: | 1(602) 263-0997 | Pages: | 3 |
| Phone: | 1(602)-264-1721 | Date: | December 20, 2011 |
| Re: | Robert Phillips | CC: | |

☑ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:** This fax is concerning the case number 8843149. The clients name is Robert Phillips and the amount of the sale was $995.00. The transaction date was September 29, 2011. Following this cover sheet there is a document with a written explanation of everything we have done to satisfy our client's needs. If any more information is required please contact us at 1 (800) 525-2956.

Thank you,

AWD

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Robert Phillips
█████████████
Cleveland , OH  44128

Daytime Phone: ████████████
E-mail: noreply@noemailprovided.org

**The details of this matter are as follows:**

**Complaint Involves:**
Refund Or Exchange Issues

**Customer's Statement of the Problem:**
The consumer called our office to file a complaint against this company on December 12, 2011.
BC. The consumer indicates this company was hired to provide debt counseling/advise. The goal
was to lower his debt. The company took $995 from his bank account on September 29, 2011.
The consumer then received a call from a different company offering a lower price but when he
informed this company of that call they agree to lower the $995 to $595. This never took place
as the company had already taken out the $995. The company has failed to provide any services
or refund.

**Desired Settlement:**
The consumer is seeking a refund of $995.



AWD

To:
Better Business Bureau
4428 N 12th Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8843149

December 20, 2011

We, AWD, have written out some points to show that we have fulfilled service for this client. These are the things that we have done for Robert Phillips:

- Robert Phillips purchased a Financial Advisement Program for $995.00. This is a onetime fee for our service.

- Please advise Robert that AWD has been trying to contact the company that guaranteed to assist him with lowering his debt. We no longer conduct business with them and so our advise is to deal with the matter directly with their credit card company to get a refund.

Sincerely,

AWD

FAX : 1-602-263-0997

February 12, 2012

Caitlin Denning
Dispute Resolution Consultant
Better Business Bureau
4428 N. 12th Street
Phoenix, AZ 85014-4585

Re: Case No. 8843140

In response to AWD Financial Company's statement:

No services of any kind were ever performed.

I agreed to purchase a Financial Advisement
Program for 995.00 for services rendered.
nothing was ever done. I received no advice
with regard to my financial situation.
AWD. did in fact withdrawl 995. from my
bank account, for services to be rendered.

On October 6, 2011, Financial Knowledge
Network, Clearwater, Florida, called me, and
offered to lower the rate for the same service
to 695.00. I accepted this offer, immediately
contacted AWD regarding this decision,
requesting a refund. At this time, AWD,
offered to reduce the rate to 595.00 if I remained

①

with them. I accepted and still nothing
has been done. I requested a refund of $95.00
the original amount charged. At this time,
I was told I would have to wait thirty days
for refund. No services were performed, no
refund received.

Financial Knowledge Network, Clearwater,
Florida, has not refunded 495.00. A copy
of this complaint was furnished BBB in
Florida.

No services were performed by either
company. Neither line provided a refund.

Roberta Phillips

Warrensville Hts. OH
44128

BBB-000088



Better Business Bureau
Serving Central, Northern and Western Arizona

4428 N. 12th Street
Phoenix, AZ 85014-4585
(602) 264-1721
FAX
www.phoenix.bbb.org

**Case #:** 8836304

| | | |
|---|---|---|
| **Consumer Info:** Reagan, Lydia | **Business Info:** | A W D |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | 209 E. Baseline Road #E-201 |
| Goodlettsville, TN 37072 | | Tempe, AZ 85283 |
| ▇▇▇▇▇▇▇▇▇▇▇▇ | | 8885831956 |

**Date Filed:** 12/5/2011

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by this company about lowering the interest rate on my credit cards so I asked them who they were, her answer was "Cardmember Services". I then get transferred to another person who says they are a financial services company and they guarantee to save me $2500. I told her I would take a look at it, but when I get the packet I begin to be suspicious of it when I try to call the 888 # and fax a letter to them. I had to leave a msg with the automated answering machine and the fax line never picked up. So I send a letter to them & a gentleman by the name of Casey calls and leaves a msg and another phone number. I then call this number and the same thing, an automated customer service rep has me leave a message again. I get my bill and see that they have already charged me a $695 advance processing fee. I tried to contact them 3 times within the first ten days before I mailed them the letter saying that I did not need their services and that I wanted a refund of the $695 advance processing fee. This is looking and sounding like some kind of scam and I want my money back. (I also did a search and saw alot of these type of services in Tempe and all located in suites which seems very suspicious to me!) Thank you so much for your assistance, Sincerely, Lydia Reagan AWD 1-888-583-1956 or 1-800-273-3214 fax 1-480-292-8195

**Consumer's Desired Resolution:**

I want a refund of the $695 advance processing fee that they charged me on 11/08/2011 and my complaint posted on your website so that other people don't fall for this.

**Business/Consumer Response & Rebuttals:**

**12/16/2011**
**Chris Ambrosia**

Respond to Complaint
See attached document

---

**01/12/2012**
**Chris Ambrosia**

Respond to Complaint
Please see attached.

---

BBB-000090

AWD
209 East Baseline Road
Suite E201
Tempe, AZ 85283
Phone: 1-888-583-1956
Fax: 480-292-8195



# Fax

| To: | BBB | From: | AWD |
|---|---|---|---|
| Fax: | 1(602) 263-0997 | Pages: | 4 |
| Phone: | 1(602)-264-1721 | Date: | January 2, 2012 |
| Re: | Lydia Reagan | CC: | |

☑ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

● **Comments:** This fax is concerning the case number 8836304. The clients name is Lydia Reagan and the amount of the sale was $695.00. The transaction date was November 8, 2011. Following this cover sheet there is a document with a written explanation of everything we have done to satisfy our client's needs. If any more information is required please contact us at 1 (800) 525-2956.

Thank you,

AWD



**Better Business Bureau**
4428 N. 12th Street
Phoenix, AZ 85014-4585
602-264-1721 | 602-263-0997
arizonabbb.org

12/27/2011

Lee Miceli
A W D
209 E. Baseline Road #E-201
Tempe  AZ  85283

Dear Lee Miceli:

According to the enclosed follow-up correspondence from your customer, Lydia Reagan , it appears this dispute is not resolved.

In these instances, BBB looks to the business to review the case again and reconsider its position - possibly providing a more thorough response, or offering a new settlement or, in some cases, a goodwill adjustment.

We recognize and value your perspective; however, if it is possible to resolve this matter, it would bring the complaint to a close and demonstrate that customer satisfaction is important to your company. You may also consider settling this dispute through arbitration; please contact us for more information regarding this option.

If you choose not to reconsider your position, your report with the BBB may be changed to reflect this matter as an unresolved complaint.

BBB would appreciate your reply within 5 business days of receipt of this letter.

Thank you for your continued cooperation and support of our mission.

Sincerely,

Esenia Solano
Your Better Business Bureau



AWD

To:
Better Business Bureau
4428 N 12th Street
Phoenix, AZ 85014-4585
P) 602-264-1721
F) 602-263-0997

Re: Case No. 8836304

January 2, 2012

On November 8, 2011 we were in contact with Lydia Reagan and took a phone order for $695.00
for our service. After this she was forwarded to our Quality Assurance Department to confirm her
order and she gave us a high rating for customer service. We have obtained Ms. Reagan's billing
information from her in order to authorize and process the onetime fee:

- Master Card: ███████████ exp: █████ CVV: ███
- Billing Address: ███████ █████, Goodlettsville, TN 37072

For additional verification we obtained Ms. Reagan's:

- DOB: ████ : ██
- Last Four Digits SSN: ████

In addition we use all fraud measures at our disposal and received an AVS exact match at the time
of the charge and the card was in the card holder's possession at time of order.

If you have any questions, please contact our office at 1-800-525-2956.

Sincerely,
Chris Ambrosia
AWD