```
                FILED      ___ LODGED
            ___ RECEIVED   ___ COPY

               OCT 26 2012

         CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
         BY_____ M DEPUTY
```

United States District Court
For the District of Arizona

| | |
|---|---|
| Federal Trade Commission<br>Plaintiff,<br>V.<br>Ambrosia Web Design LLC, et al | No. CV.-12-2248-PHX-JAT<br><br>Motion for Continuance |

Motion to grant an extension of time of 2 weeks in lieu of the 4:00 PM, 10/26/12 deadline set. I have been given thousands of papers and have had all assets frozen. There is no possible, reasonable way I could respond or get council in the time given.

123 E Baseline Rd.        LeRoy J Gastine
ste D-204
Tempe AZ 85283            [signature]

                          10/26/12