BRIAN J. FOSTER (#012143)
Snell & Wilmer L.L.P.
400 East Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
(602) 382-6242
(602) 382-6070 (Fax)
bfoster@swlaw.com

Attorney for Defendants
LEROY CASTINE, CHRIS AMBROSIA,
AMBROSIA WEB DESIGN LLC,
CONCORD FINANCIAL ADVISORS LLC,
CAM SERVICES DIRECT LLC, AFB LLC,
AND WESTERN GPS LLC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br><br>**Plaintiff**<br><br>   v.<br><br>**Ambrosia Web Design LLC, an Arizona limited liability company, also d/b/a AWD;**<br><br>**Concord Financial Advisors LLC, an Arizona limited liability company;**<br><br>**CAM Services Direct LLC, an Arizona limited liability company;**<br><br>**AFB LLC, an Arizona limited liability company;**<br><br>**Western GPS LLC, an Arizona limited liability company;** | **Case No.**<br>**2:12-CV-02248-PHX-FJM**<br><br>**DEFENDANTS' UNOPPOSED MOTION REQUESTING ORDER TO PARTIALLY LIFT THE ASSET FREEZE** |

**Chris Ambrosia, individually and as a manager of Ambrosia Web Design LLC, AFB LLC, and CAM Services Direct LLC;**

 **and**

**LeRoy Castine, a/k/a Lee Castine, individually and as a manager of Ambrosia Web Design LLC, Concord Financial Advisors LLC, AFB LLC, and Western GPS LLC;**

**Defendants**

Defendants LeRoy Castine, Chris Ambrosia, Ambrosia Web Design LLC, Concord Financial Advisors LLC, CAM Services Direct LLC, AFB LLC, and Western GPS LLC move the Court to enter the attached proposed order, which partially lifts the asset freeze imposed by Paragraph V of the Temporary Restraining Order (Dkt #13), to release $32,000 from the specified account to pay reasonable attorneys fees. Plaintiff Federal Trade Commission does not oppose this motion.

Dated: November 9, 2012

                Respectfully submitted,

                /s/ Brian J. Foster
                BRIAN J. FOSTER
                Snell & Wilmer L.L.P.
                400 East Van Buren Street, Suite 1900
                Phoenix, Arizona 85004-2202
                (602) 382-6242
                (602) 382-6070 (Fax)
                bfoster@swlaw.com

                Attorney for Defendants
                LEROY CASTINE, CHRIS AMBROSIA,
                AMBROSIA WEB DESIGN LLC,
                CONCORD FINANCIAL ADVISORS LLC,
                CAM SERVICES DIRECT LLC, AFB LLC,
                AND WESTERN GPS LLC

**CERTIFICATE OF SERVICE**

I certify that Defendants have provided a true and correct copy of the foregoing document to the Plaintiff by email and United States mail at the following addresses:

> JASON C. MOON
> THOMAS B. CARTER
> EMILY B. ROBINSON
> Federal Trade Commission
> 1999 Bryan Street, Suite 2150
> Dallas, Texas 75201
> jmoon@ftc.gov (Moon)
> tcarter@ftc.gov (Carter)
> erobinson@ftc.gov (Robinson)

Dated: November 9, 2012

> /s/ Brian J. Foster
> BRIAN J. FOSTER
> Snell & Wilmer L.L.P.
> 400 East Van Buren Street, Suite 1900
> Phoenix, Arizona 85004-2202
> (602) 382-6242
> (602) 382-6070 (Fax)
> bfoster@swlaw.com