United State District Court
For The District Court of Arizona

FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 0 8 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Federal Trade Commission
    Plaintiff,

No. CV-12-2248-PHX-JAT

Vs.

**ANSWER TO ORDER**

Ambrosia Web Design LLC dba AWD,
Concord Financial Advisors LLC, Cam Services
Direct LLC, AFB LLC, Western GPS LLC, Chris Ambrosia,
And LeRoy Castine

    Defendants

    **NOW COMES BRANCH BANKING AND TRUST COMPANY** (the "bank"), third party in the above- referenced action dated 10/22/2012, and answers the Temporary Restraining Order as follows:

_____     At the time the Order/Garnishment was served upon the Bank, or at any time since then until the date of this Answer, the bank was and is indebted to the Defendants in the amount of $.

__X__     The Bank has no knowledge, information or belief that any other person is indebted to the Defendants or has any property of the Defendants in his possession.

This the 2nd day of November, 2012

                               Kathy Chapman
                               (910) 272-4247

Kathy Chapman, being first duly sworn, deposes and says:

    That he/she is a Branch Operations Specialist of Branch Banking and Trust Co. ("BB&T") and he/she has read the foregoing Answer and that the same is true and correct based upon his/her review of BB&T's records, except as to those matters therein alleged on information and belief and as to those he/she believes them to be true.

SWORN TO AND SUBSCRIBED BEFORE ME
This the 2nd _____ Day of November 2012

Jean Marie Taylor
Notary Public

My Commission Expires:
05-06-2015