included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments."

**From:** Mullins, Sharon # BALTIMORE [mailto:Sharon.Mullins@globalpay.com]
**Sent:** Tuesday, November 15, 2011 10:15 AM
**To:** Rob Cason; David Whitely
**Cc:** Park, Michael # BALTIMORE
**Subject:** FW: AMBROSIA WEB DESIGN / ███████1538
**Importance:** High

Hi, we need to have an update on this ASAP. See below.


Thank You

**Sharon Mullins**
Global Payments Inc.
*Sharon.Mullins@Globalpay.com*

**Sent:** Tuesday, November 08, 2011 10:32 AM
**Subject:** AMBROSIA WEB DESIGN / ███████1538

Hi Mike,

We received the below email from Citi Cards in regards to a spike in the number of disputes coming from cardholder purchases at the above merchant. Please see below email message:


It appears you are still processing for AWD 888-583-1956 AZ (Bank MC2135, Visa407105) and I wanted to alert you to the higher than normal dispute rate we are seeing on a large number of accounts (see summary below) used at this merchant with charges since 5/13/11 totaling $322,504.

Our security close rate on accounts used at this merchant is approaching 20% (see below) despite the fact that most of the charges from this merchant have been processed in Sept and Oct and many of our Customers have not yet had a chance to review their monthly statements for this more recent activity. These fraud dispute rates can only grow over time. Additionally, we have processed roughly as many "Customer Service" dispute chargebacks as "Fraud" dispute chargebacks indicating the total dispute rate for this merchant is likely to be twice the rate outlined below.

I also wanted to alert you to some recorded phone messages I listened to today where a person (sounds like a male disguising his voice to sound like a female) made multiple phone calls to our Customer Service department inquiring about a possible APR reduction. The first attempt was declined due to a block on the account. After the above caller removed the block from the account, this merchant resubmitted the charge which was approved (all 4 events occurring within a 30 minute window). Our Customer denied making these calls to Citi Cards and denies authorizing the $1,998.00 charge from AMBROSIA WEB DESIGN.

Five questions: 1. Why does this merchant process authorizations under this merchant name and MCC 7273 (computer programming services)? 2. Have you visited the merchant address of 2906 S Revere Circle Mesa AZ which was included in the MasterCard settlement record prior to 9/16/11? 3. Have you visited the merchant address of 209 E Baseline Road Tempe AZ which was included in the MasterCard settlement after 9/16/11? The supervisor I spoke to at 888-583-1956 today said

4

"yes" when I asked if he was still working at the 209 E Baseline address.  4. Can you freeze any funds in the
merchant account pending the outcome of our investigation?   Can we expect
your assistance if we are able to open a law enforcement investigation?

Please copy all with your response to the above questions and contact me via email or phone
if you have any questions.

Thanks!
Jim Stavig, Fraud Policy Director
Citi Cards NA
605-331-7211
james.stavig@citi.com


Mike, can you please look into the Five Questions posed by Citi Cards in regards to this merchant?  TOP would have information on whether or not the (2) locations have been visited and whether or not to hold more funds for the merchant as well. Just a little side note, the account **AMBROSIA WEBSITE DESING (**████████**1538)** was set up to process 360K annually with an average ticket of $995.  This particular merchant account was opened in May 2011 and has already processed almost 3 million in sales along with (345) chargebacks totaling $418, 104.00.  We need to take a closer look at this merchant account and it's processing to determine what has caused this extreme spike in both processing and chargebacks.

Please have TOP look into this matter and please report back to me ASAP of their findings.

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1869 / Virus Database: 2092/4618 - Release Date: 11/15/11

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1869 / Virus Database: 2092/4618 - Release Date: 11/15/11

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1872 / Virus Database: 2092/4622 - Release Date: 11/17/11

**APP. 134**

| From: | benjamin amar <benjamin@advancedprocessingsolution.com> |
|---|---|
| Sent: | Tuesday, November 29, 2011 10:44 PM |
| To: | 'kimberly oechsner' <kimberlyoechsner@gmail.com> |
| Cc: | lee@afbllconline.com |
| Subject: | RE: Unable to access back office for AWD chargebacks |

Pls call John Mcgee with Trust One for that info 770-947-6000

Advanced Processing Solution
Benjamin Amar
Office: (818)921-4971
Cell: (818)681-1710
skype: benjamin_amarbitton
www.advancedprocessingsolution.com



"This message and any attachments are solely for the intended recipient and may contain confidential and or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments."

B"H

**From:** kimberly oechsner [mailto:kimberlyoechsner@gmail.com]
**Sent:** November-29-11 2:21 PM
**To:** benjamin@advancedprocessingsolution.com
**Cc:** lee@afbllconline.com
**Subject:** Unable to access back office for AWD chargebacks

Good afternoon,

We just tried to access the back office where we retrieve the AWD chargeback information and it is not letting us login anymore.  Lee mentioned it maybe due to the merchant being no longer active.  We need this accessible so that we can respond to the chargebacks in a timely manner.  Can you help us with this?

Thank you,
Kimberly Garcia
AFB LLC
480-302-3872

| From: | benjamin amar <benjamin@advancedprocessingsolution.com> |
|---|---|
| Sent: | Tuesday, November 29, 2011 7:16 PM |
| To: | 'kimberly oechsner' <kimberlyoechsner@gmail.com> |
| Subject: | RE: From: Lee Castine at AFB LLC |

Sorry Kimberly i don't have
Are you building your own e-sign page or using a template one?


Advanced Processing Solution
Benjamin Amar
Office: (818)921-4971
Cell: (818)681-1710
skype: benjamin_amarbitton
www.advancedprocessingsolution.com



"This message and any attachments are solely for the intended recipient and may contain confidential and or privileged information. If you are not the  intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you  have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this  message and any  attachments."

B"H

**From:** kimberly oechsner [mailto:kimberlyoechsner@gmail.com]
**Sent:** November-29-11 11:11 AM
**To:** benjamin@advancedprocessingsolution.com
**Cc:** lee@afbllconline.com
**Subject:** From: Lee Castine at AFB LLC

Hello,
If you have any recommendations for websites we can go to in order to create the e-sign page that would
be greatly appreciated.

Thank you,
Kimberly Garcia
AFB LLC
480-302-3872

| From: | benjamin amar <benjamin@advancedprocessingsolution.com> |
|---|---|
| Sent: | Tuesday, November 29, 2011 7:15 PM |
| To: | 'kimberly oechsner' <kimberlyoechsner@gmail.com> |
| Cc: | lee@afbllconline.com |
| Subject: | RE: From: Lee Castine at AFB LLC |

Hi Kimberly

The e-sign page is basically the same current contract that you are sending your clients for them to sign but add a section with the fees being charged to their credit card. If you can add a checkbox beside the fee section stating that by clicking that they agree to the above fees, it would be ideal.


Advanced Processing Solution
Benjamin Amar
Office: (818)921-4971
Cell: (818)681-1710
skype: benjamin_amarbitton
www.advancedprocessingsolution.com



"This message and any attachments are solely for the intended recipient and may contain confidential and or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments."

B"H

**From:** kimberly oechsner [mailto:kimberlyoechsner@gmail.com]
**Sent:** November-29-11 10:07 AM
**To:** benjamin@advancedprocessingsolution.com
**Cc:** lee@afbllconline.com
**Subject:** From: Lee Castine at AFB LLC

Good Morning,

I need to know what exactly you want to be put on the e-sign page so that I can make sure it has everything needed. I need to create the e-sign page today so a complete detailed response asap would be appreciated.

Also, can you please tell me how the descriptor will appear on the Jeff Luna account. (how the charge will appear on our clients account statement)

If you need to contact me directly, please feel free to: (480) 302-3872

Thank you,

Kimberly Garcia
AFB LLC

| From: | lee@afbllconline.com |
|---|---|
| Sent: | Friday, February 17, 2012 9:24 PM |
| To: | kimberly oechsner <kimberlyoechsner@gmail.com> |
| Subject: | [FWD: new app for trust one] |
| Attach: | TOPMerchantApplication_0112_Final2.docx |

**Best Regards**
**Lee Castine**
**AFB LLC**
**afbllconline.com**
**800-525-2956 ext 802**

-------- Original Message --------
Subject: new app for trust one
From: "benjamin amar " <benjamin@advancedprocessingsolution.com>
Date: Mon, January 30, 2012 12:22 pm
To: <lee@afbllconline.com>

Here is trust one's new app
Pls fill and return for W&M

Advanced Processing Solution
Benjamin Amar
Office: (818)921-4971
Cell: (818)681-1710
skype: benjamin_amarbitton
www.advancedprocessingsolution.com

"This message and any attachments are solely for the intended recipient and may contain confidential and or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments."

B"H



# TrustOne
### PAYMENT SERVICES

**Raul 006**
**Control Number** 229I

214 Maple Street
Villa Rica, GA 30180
(770) 947-6000 Office
(770) 947-6004 Fax
www.trustonepaymentservices.com

TOP102435 2309

Type of Account (Check one):
☐ Direct Account
☐ Agent Bank Account

Name of Bank: _____

Rep Name: _____

Rep Number: _____

Branch. _____

## Merchant Application

### Business Information

| | |
|---|---|
| Merchant's DBA Name/Outlet Name: | Merchant's Legal Name: WM&T ENTERPRISES LLC |
| Physical Street Address (No P.O. Box): | Legal Address: 1933 MANATEE DR |
| City, State, Zip: _same_ | City, State, Zip: KISSIMMEE, FL 34759 |
| DBA Phone: ext. Fax: ( ) - ( ) - | Corp. Phone: (888) 589-4703 ext. Fax: ( ) - |
| Contact Name at this Address: | Contact Name at this Address: Wayne Norris |
| Email: | Email: WMOrangeCounty@gmail.com |
| Customer Service Phone # (Required for MOTO and Internet merchants only): (888) 589-4703 | Website Address (Required for Internet merchants): WWW.MYWMTENTERPRISES.COM |

Is any owner, officer, director, employee, or agent a current or former official in the executive, legislative, administrative, military, or judicial branch of any government (elected or not); an official of a political party; an executive of a government-owned commercial enterprise; a family member of any of the foregoing officials; or a close personal or professional associate of any of the foregoing officials?  ☐ Yes  ☒ No If "yes," please attach details.

### Merchant Profile

Type of Ownership: ☐Sole Proprietor  ☐Partnership  ☐Corporation  ☒LLC
☐Professional Assoc.  ☐Tax Exempt Org (501C)  ☐Other____

Type of Goods or Services Sold: TABLET AND SOFTWARE

SIC Code: 5045

Years in business under current ownership: 0

Federal Tax ID#

Do you currently accept Visa/ MasterCard/ Discover?  ☐ YES  ☐ NO

Does merchant accept transactions before the customer receives product or service? ☐YES  ☐NO

How long does customer wait before product is received? ▮▮▮

% of cost that is prepayment? ▮▮▮   Duration of extended service or benefit (in weeks): ▮▮▮

Does merchant offer warranties, dues, subscriptions, memberships or other extended services?  ☐YES  ☐NO

Annual Visa/MC/Discover Sales: ▮▮▮   Average Ticket: $▮▮▮   Total Visa/MC/Discover Sales (multiple locations only): $____

### Visa/MasterCard/Discover Information

| Market Type: | | Sales Profile (Must Equal 100%) | |
|---|---|---|---|
| Retail | Supermarket | | |
| Restaurant | Emerging Market | Card Swiped | % |
| Lodging | Public Sector | | |
| MO/TO | Auto Rental | Manually Keyed with Imprint | % |
| P-card | Cash Advance | | |
| E-commerce | Other: | Mail Order/ Telephone/Internet | % |
| | % of sales in this category? | Total = | % |

### Member Bank (Acquirer) Information:

HSBC Bank USA, National Association
Merchant Support Group  P. O. Box 3263
Buffalo, New York 14240
716-841-6360

**Important Member Bank (Acquirer) Responsibilities**
1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a merchant.
2. A Visa Member must be a principal (signer) to the Merchant Agreement.
3. The Visa Member is responsible for and must provide settlement funds to the merchant.
4. The Visa Member is responsible for all funds held in reserve that are derived from settlement.
5. The Visa Member is responsible for educating merchants on pertinent Visa International Operating Regulations with which merchants must comply.

**Important Merchant Responsibilities**
1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Visa International Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Visa member (acquirer) is the ultimate authority should the merchant have any problems.

Merchant's Signature: _____   Date 2/7/2012

Merchant's Printed Name & Title Wayne Norris / Owner

For questions regarding Card Services, contact:  Trust One Payment Services Inc, 214 Maple Street,  Villa Rica, GA  30180
or call: 1-770-947-6000
Note:  Billing disputes must be forwarded, in writing, to Customer Service within 60 days of the date of the statement and/or notice.

Merchant Initials WN
Rev. 01/12 – TOP

**APP. 140**

## Credit/Debit Card Services and Fee Schedule*

| Plan Type | New | Existing | Existing Merchant No. | Discount Rate | Per Item | Additional Auth. Fees |
|---|---|---|---|---|---|---|
| ☐ PIN BASED DEBIT | ☐ | N/A | N/A | % | $ | $ |
| ☐ VISA/MC SWIPE CHECK CD REGULATED | ☐ | N/A | N/A | % | $ | |
| ☐ VISA/MC SWIPE CHECK CD NON REGULATED | ☐ | N/A | N/A | % | $ | |
| ☐ VISA/MC/DISCOVER QUALIFIED | ☐ | N/A | N/A | % | $ | |
| ☐ VISA/MC/DISCOVER MID-QUALIFIED | ☐ | N/A | N/A | % | $ | |
| ☐ VISA/MC/DISCOVER NON-QUALIFIED | ☐ | N/A | N/A | % | $ | $ |
| ☐ AMERICAN EXPRESS | ☐ | ☐ | | % | $ | $ |
| ☐ DINERS CLUB | ☐ | ☐ | | % | $ | $ |
| ☐ JCB | ☐ | ☐ | | % | $ | $ |
| ☐ OTHER | ☐ | ☐ | | % | $ | $ |
| ☐ COST PLUS | ☐ | ☐ | | % | $ | |

Merchant FNS#_____       Cash Benefits: ☐ YES ☐ NO       Daily Discount: ☐ YES ☐ NO

Surcharges: ____ Non-Qualified Retail/Restaurant       ____ Non-Qualified Supermarket       ____ Non-Qualified Developing Market
____ Non-Qualified Direct Market       ____ Non-Qualified Purchase Card       ____ Non-Qualified Lodging/Auto Rental
____ Non-Qualified TouchTone Capture       ____ Qualified Visa/MC Rewards Card (Retail & Mail/Telephone Order)
____ Other       ____ Discover Qualified Rewards

***The foregoing discount rate, per item and authorization fees are based upon Merchant's complying with all processing requirements as established by the applicable governing authority of the payment type which qualifies Merchant for the most favorable interchange rates available for such payment type. Transactions that do not qualify for the most favorable interchange rates will be subject to surcharges up to 2.99% & $.19 in addition to the rate quoted. See the Card Services Terms and Conditions for more information regarding non-qualifying surcharges. In addition to the per item fee, all Debit transactions include fees assessed by the applicable network organization.

Other Fees:

| | | | |
|---|---|---|---|
| $ | Non-Refundable Application Fee (one-time fixed fee) | $ | Replacement Shipping Fee (per occurrence) |
| $ | AMEX Application Fee | $ | POS Equipment Warranty Fee - Per Piece/Set (monthly) |
| $ | Additional Location Fee | $ | Non-Global Check Authorization Fee (per occurrence) |
| $ | Virtual Site Survey Fee | $ | Touchtone Capture Set-up Fee (one-time fixed fee) |
| $ | Annual Membership Fee | $ | Global Access @dvantage Set-up Fee |
| $ | Monthly Statement Fee | $ | Global Access @dvantage Monthly Fee |
| $ | Minimum Monthly Discount | $ | Wireless Services Fee (monthly) |
| $ | Training Fee - On-Site (one-time fixed fee) | $ | Wireless Activation Fee (one-time fixed fee) |
| $ | Chargeback Fees (per occurrence) | $ | Wireless Transaction Fee (per occurrence) |
| $ | Retrieval Fee (per occurrence) | $ | Installation/Programming Fee (one-time fixed fee) |
| $ | Non-Sufficient Funds (per occurrence) | $ | Reprogramming Fee (one-time fixed fee) |
| $ | Help Desk Fee (monthly) | $ | Annual Service Fee |
| $ | EDC AVS Fee (per occurrence) | $ | Voice AVS Fee (per occurrence) |
| $ | Voice Authorization Fee (per occurrence) | $ | Internet Per Item Fee (per occurrence) |
| $ | Internet Access Fee (monthly) | $ | Internet Setup Fee (one-time fixed fee) |
| $ | Batch/ACH Fee (per occurrence) | $ | Minimum Monthly Debit |
| $ | Monthly Regulatory Compliance Fee | $ | Monthly PCI/DSS Compliance Fee |

## Acceptance of Merchant Application and Terms & Conditions / Merchant Authorization

Your Card Services Agreement is between Global Payments Direct, Inc. ("Global Direct"), the Merchant named above, and the Member named below ("Member"), as applicable based upon the services provided. Member is a member of Visa, USA, Inc. ("Visa") and MasterCard International, Inc. ("MasterCard"). Global Direct is a registered independent sales organization of Visa, a member service provider of MasterCard and a registered acquirer for Discover Financial Services, LLC ("Discover").

A copy of the Card Services Terms and Conditions, revision number 01/12-TOP, has been provided to you. Please sign below to signify that you have received a copy of the Card Services Terms and Conditions and that you agree to all terms and conditions contained therein. If this Merchant Application is accepted for card services, Merchant agrees to comply with the Merchant Application and the Card Services Terms & Conditions as may be modified or amended in the future. If you disagree with any Card Services Terms & Conditions, do not accept services.

**IF MERCHANT SUBMITS A TRANSACTION TO GLOBAL DIRECT HEREUNDER, MERCHANT WILL BE DEEMED TO HAVE ACCEPTED THE CARD SERVICES TERMS & CONDITIONS.**

By your signature below on behalf of Merchant, you certify that all information provided in this Merchant Application is true and accurate and you authorize Global Direct, and Global Direct on Member's behalf, to initiate debit entries to Merchant's checking account(s) in accordance with the Card Services Terms and Conditions. In addition by your signature below on behalf of Merchant you authorize Global Direct and/or Trust One Payment Services, Inc. to order a consumer credit report on Merchant and you, Merchant and each of Merchant's officers, partners, and/or owners, as well as subsequent consumer credit reports, which may be required or used in conjunction with the maintenance, updating, renewal or extension of the services provided hereunder, or in conjunction with reviewing, taking collection action on, or other legitimate purposes associated with the Merchant account.

| | | | |
|---|---|---|---|
| Merchant's Signature: X _Wayne_ | Name (printed): Wayne Norris | Title: Owner | Date: 2/17/2012 |
| Merchant's Signature: X | Name (printed): | Title: | Date: |
| Signing for Global Payments Direct, Inc.: X | Name (printed): | Title: | Date: |
| Signing for Member: X | Name (printed): | Name of Member (printed): HSBC Bank USA, NA | Date: |

Merchant Initials WN
Rev. 01/12 – TOP

APP. 141

## Personal Guaranty

I/We hereby guarantee to Global Direct and Member, their successors and assigns, the full, prompt, and complete performance of Merchant and all of Merchant's obligations under the Card Services Agreement, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance under the Card Services Agreement, whether arising before or after termination of the Card Services Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Card Services Agreement made by or agreed to by Global Direct, Member, and/or Merchant. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment or nonperformance of any provision of the Card Services Agreement by Merchant, and all other notices or demands regarding the Card Services Agreement. I/We agree to promptly provide to Global Direct and Member any information requested by any of them from time to time concerning my/our financial condition(s), business history, business relationships, and employment information. I/We agree that Global Direct and Global Direct (on behalf of Member) may order a consumer credit report on me, Merchant and each of Merchant's officers, partners, and/or owners, as well as subsequent consumer credit reports, which may be required or used in conjunction with the maintenance, updating, renewal or extension of the services provided hereunder, or in conjunction with reviewing, taking collection action on, or other legitimate purposes associated with the Merchant account. I/We have read, understand, and agree to be bound by the Card Services Terms & Conditions provided to Merchant and those terms and conditions contained in this Merchant Application.

| Signature of Guarantor (please sign below) | | Name (printed): |
|---|---|---|
| X _Wright_ | , an individual | Wayne Norris |
| Signature of Guarantor (please sign below) | | Name (printed): |
| X | , an individual | |

## Owner/Officer Information (Please complete for every person who ultimately owns or controls the operation or on whose behalf the transactions authorized under this agreement will be conducted.)

| Name: Wayne Norris | Title: Owner | Date of Birth (mm/dd/yyyy): | Social Security #: | | Home Phone #: |
|---|---|---|---|---|---|
| Home Address: | | City: | State: | Zip Code: | Years There: | Own/ Rent? |
| Former Address (if less than 1 year at current address): | | City: | State: | Zip Code: | Years There: | Own/ Rent? |
| Name: | Title: | Date of Birth (mm/dd/yyyy): | Social Security #: | | Home Phone #: ( ) |
| Home Address: | | City: | State: | Zip Code: | Years There: | Own/ Rent? |
| Former Address (if less than 1 year at current address): | | City: | State: | Zip Code: | Years There: | Own/ Rent? |

## Bank Information (Attach Voided Check or Bank Letter):

| | Routing Number | DDA/Checking Account # | Deposit | Discount | Chargebacks | Equipment | Supplies | Misc. Fees |
|---|---|---|---|---|---|---|---|---|
| Bank 1 | | | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |
| Bank 2 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Bank 3 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Bank 4 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Merchant Site Survey Report (To be Completed by Sales Representative):

Merchant Location: ☐ Retail Location with Store Front   ☒ Office Building   ☐ Residence   ☐ Other: _____

Surrounding Area: ☐ Commercial   ☐ Industrial   ☐ Residential

Does the amount of inventory and merchandise on shelves and floor appear consistent with the type of business?   ☐ YES   ☐ NO

If no, explain: _____

Does the Merchant use a Fulfillment House?   ☐ YES   ☐ NO        If yes, was the Fulfillment House inspected? _____

The Merchant:   ☐ Owns   ☐ Leases the business premises

Further comments by Inspector (must complete): _____

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and inspected by (print name): _____

| Representative Name: _____ | Representative Signature: X _Raul Ortiz_ | Date: 2/17/12 |
|---|---|---|
| Sales Rep Name: | Sales Rep Code: | Sales Rep Phone Number: ( ) - | Sales Rep Email Address: |

## American Express

By signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company, Inc. ("American Express") to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize and direct American Express to inform me directly, or through the entity above, of reports about me that American Express has requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card, the terms and conditions for American Express® Card Acceptance ("Terms and Conditions") will be sent to such entity along with a Welcome Letter. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Terms and Conditions.

| Merchant's Signature: | Name (printed): | Title: | Date: |
|---|---|---|---|
| X | N/A | | |

Merchant Initials WN
Rev. 01/12 – TOP

APP. 142

## Hardware

Process Method: ☐ EDC  ☐ Touchtone  ☐ Paper

Platform: ☐ East  ☐ Central  ☐ Other _____

Imprinter: ☐ Own  ☐ Purchase

Purchase Price per Unit: $_____

Purchase Quantity - Standard: _____

Purchase Quantity - Handheld: _____

Total Regular Plates Needed: _____

Total Amex Plates Needed: _____

Total Plastic Cards Needed: _____

Global to schedule download?  ☐ YES  ☐ NO

Global to train?  ☐ YES  ☐ NO

☐ Own/ Reprogram  ☐ Purchase  ☐ Lease  ☐ Rental

Terminal Type: _____

Pinpad Type: _____

Printer Type: _____

Check Reader: _____

Terminal Application / PC Software Type: _____

Number of TIDs: _____   Product: _____

Term type: _____   Third Party Settlement: ☐ Terminal ☐ Host

Global PC Software:  ☐ Own  ☐ Purchase

If purchase, price: $_____   # of payments: _____

| Item | Quantity | Individual Pricing | | Combination Pricing | |
|---|---|---|---|---|---|
| | | Amount | # Payments | Amount | # Payments |
| Terminal | | $ | | $ | |
| Printer | | $ | | $ | |
| Check Reader | | $ | | $ | |
| PIN Pad | | $ | | $ | |

Special Instructions:

## Cardholder Data Storage Compliance & Service Provider

*** PCI DSS and card association rules prohibit storage of track data under any circumstances. If you or your POS system pass, transmit, store or receive full cardholder's data, then the POS software must be PA DSS (Payment Application Data Security Standard) compliant or you (merchant) must validate PCI DSS compliance (see 1(b) below and questions 3 and 4 must be completed. If you use a payment gateway, they must be PCI DSS compliant.***

1. Have you ever experienced an Account Data Compromise "ADC"?  ☐ Yes  ☐ No   If yes, provide date of compromise: _____
   a) Have you validated PCI DSS (Payment Card Industry Data Security Standard) compliance?  ☐ Yes  ☐ No
   If yes, go to 1(b); If no, go to #2
   b) Date of compliance, Report on Compliance "ROC" or Self Assessment Questionnaire "SAQ"? _____
   c) What is the name of your Qualified Security Assessor "QSA" _____ or Self Assessment Questionnaire (circle one "SAQ") A, B, C, or D
   d) Date of last scan _____   Approved Scanning Vendor's name: _____
2. Are you using a "dial-up" terminal or "TTC" Touch Tone Capture?  ☐ Yes  ☐ No
3. Do you or your Service Provider(s) receive, pass, transmit or store the Full Cardholder Number "FCN", electronically?  ☐ Yes  ☐ No
   a) If yes, where is card data stored?  ☐ Merchant's location only   ☐ Merchant's Headquarters/Corp office only
   ☐ Primary Service Provider   ☐ Both Merchant & Service Provider(s)   ☐ Other Service Provider   ☐ All Apply
4. What Primary Service Provider/Software Developer did you purchase your point of sale "POS" application from (ie software, gateway)? _____
   a) What is the name of the Service Provider/Software Developer's software application? _____   Software Version #? _____
   b) Do your transactions process through any other Service Provider (ie web hosting companies, gateways, corporate office)?  ☐ Yes  ☐ No
   c) If yes, name the other Service Provider? _____

As required under the Payment Card Industry Data Security Standard (PCI DSS), Merchant declares and confirms the following:
- Merchant is in compliance with all PCI DSS requirements. ☐ Yes  ☐ No
- Merchant's point of sale software, system or application does not store sensitive authentication data after authorization. ☐ Yes  ☐ No
- Merchant will maintain full PCI DSS compliance at all times and will notify Global Payments when it changes its point of sale software, system or application. ☐ Yes  ☐ No
- None of Merchant's systems store any evidence of magnetic stripe data, or PIN data after transaction authorization is completed. ☐ Yes  ☐ No

Merchant Initials WN
Rev 01/12 – TOP

APP. 143

| From: | lee@afbllconline.com |
|---|---|
| Sent: | Monday, February 6, 2012 10:34 PM |
| To: | kimberly oechsner <kimberlyoechsner@gmail.com> |
| Subject: | [FWD: W&M website changes required] |

have char does this. change from wealth to gps software

**Best Regards**
**Lee Castine**
**AFB LLC**
**afbllconline.com**
**800-525-2956 ext 802**

-------- Original Message --------
Subject: W&M website changes required
From: "benjamin amar " <benjamin@advancedprocessingsolution.com>
Date: Mon, February 06, 2012 3:26 pm
To: <lee@afbllconline.com>

Not a huge deal but there is a typo on the site and if there is any way he could use a different word in place of wealth, it would probably be a good idea:



Page 2 of 2

Advanced Processing Solution
Benjamin Amar
Office: (818)921-4971
Cell: (818)681-1710
skype: benjamin_amarbitton
www.advancedprocessingsolution.com



"This message and any attachments are solely for the intended recipient and may contain confidential and or privileged information. If you are not the  intended recipient, any disclosure, copying, use, or distribution of the information is
permanently delete this  message and any  attachments."

8"H



**Moon, Jason C**

| | |
|---|---|
| **From:** | Forwood, Todd # BALTIMORE |
| **Sent:** | Thursday, April 05, 2012 10:10 AM |
| **To:** | 'David Whitely' |
| **Subject:** | RE: NEEDED MERCHANT CLOSURES FOR TOP |

David,

Credit responded that the only thing we received from the Issuer in regard to WM&T (2309) is an informal email inquiry, which prompted a review of the account and the decision for it to be closed.

**Todd Forwood**
Sr. Relationship Manager
Third Party Acquiring
**global**payments
10705 Red Run Blvd.
Owings Mills, MD  21117
Ph:  (443) 394-2205
Fax:(443) 394-2145
todd.forwood@globalpay.com

**From:** David Whitely [mailto:DavidWhitely@trustoneps.com]
**Sent:** Tuesday, March 20, 2012 12:11 PM
**To:** Forwood, Todd # BALTIMORE
**Cc:** Rob Cason
**Subject:** RE: NEEDED MERCHANT CLOSURES FOR TOP

Hi Todd,

I have some questions for you and Credit.

The 1st account (WM&T 2309) I understand the reasoning and the merchant is selling a preloaded tablet with software that helps the customer track their bills etc, which is why we did not consider it prohibited but there is definitely a concern if an Issuer contacted MC due to the merchant's CB activity.  We would also like any documentation concerning the Issuers contact with MC for our records.

However, is Credit/Global now requesting us to close the remaining accounts on the list due to their performance or because they are prohibited?  I am asking because we are 100% liable and it was my understanding that even if an account is not performing at its best, that it was still our option or decision to either close the merchant or keep the account open (unless it is a prohibited business type).  We definitely want to be cooperative but just need some clarity because there seems to be some inconsistency.

Lastly, I would like to ask Credit to either review all of their calculations again, to please provide an explanation as to how the figures were calculated or where the data was gathered.  I have provided some notes below, which are the reasons I am asking for this additional info because I am coming up with different YTD Ratios.  All of these accounts are on reserve as well:

1. ████████2309 - WM&T Enterprises – Please provide any documentation or details pertaining to the Issuer contact with MC for our records.

1

**APP. 146**

2.
3.
4.
5.



Thank you,

David Whitely
Trust One Payment Services
Risk Manager/Underwriter
214 Maple Street
Villa Rica, Georgia 30180
770-947-6000 Phone
770-947-6004 Fax
www.TrustOnePaymentServices.com



"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments."

**From:** Forwood, Todd # BALTIMORE [mailto:Todd.Forwood@globalpay.com]
**Sent:** Monday, March 19, 2012 2:00 PM
**To:** David Whitely
**Cc:** Rob Cason; Forwood, Todd # BALTIMORE
**Subject:** FW: NEEDED MERCHANT CLOSURES FOR TOP

David,
Please see the email below and advise when these accounts have been closed.

Thanks

**Todd Forwood**
Sr. Relationship Manager
Third Party Acquiring
**global**payments
10705 Red Run Blvd.
Owings Mills, MD  21117
Ph: (443) 394-2205
Fax:(443) 394-2145
todd.forwood@globalpay.com

2

**APP. 147**

**From:** Rippel, Dorothy # BALTIMORE
**Sent:** Monday, March 19, 2012 12:52 PM
**To:** Forwood, Todd # BALTIMORE
**Subject:** NEEDED MERCHANT CLOSURES FOR TOP

After a review with the Credit management team the following accounts need to be closed:

████████2309 – WM&T Enterprises LLC: site in system is wrong. Correct site is http://mywmtemterpises.com/. "Our mission is to help our clients achieve financial independence…" Also prohibited - credit repair/credit & debt coaching.  This account is prohibited per Global's credit policy and has been flagged by Risk as an Issuer reported the merchant to MC for increased CB activity so this needs to be closed by 3/28/12.

For the accounts below, due to their poor processing is a short period of time, these accounts listed below need to be closed by 03/28/2012:



To activate your trial membership to ThinkCreditReports you will be charged/debited a $1 processing fee and then you can immediately take advantage of the exciting benefits ThinkCreditReports has to offer! After your 7-day trial period it's just $29.95 per month for ThinkCreditReports.

3

| | |
|---|---|
| **From:** | wayne norris <█████████████████> |
| **Sent:** | Monday, April 30, 2012 10:16 PM |
| **To:** | Lee <leecastine@yahoo.com>; kimberly oechsner <kimberlyoechsner@gmail.com> |
| **Subject:** | Fwd: Statements |
| **Attach:** | image001.jpg; International Pre-App.pdf |

kim can you fill this out for me

---------- Forwarded message ----------
From: **Benjamin Amar** <benjamin@advancedprocessingsolution.com>
Date: Mon, Apr 30, 2012 at 6:07 PM
Subject: RE: Statements
To: wayne norris <█████████████████>

hi Wayne

pls get this filled out for the international solution I mentioned to you earlier


Advanced Processing Solution

Benjamin Amar

Office: (818)921-4971

Cell: (818)681-1710

skype: benjamin_amarbitton

www.advancedprocessingsolution.com

Description: aps newest logo

**From:** wayne norris [mailto:██████████████]
**Sent:** April-30-12 1:06 PM
**To:** Lee; Benjamin Amar
**Subject:** Statements

Here you go


--
Best Regards,

Wayne Norris

█████████


--
Best Regards,
Wayne Norris
█████████

**APP. 150**

| From: | lee@afbllconline.com |
|-------|---------------------|
| Sent: | Wednesday, September 5, 2012 6:10 PM |
| To: | kimberly oechsner <kimberlyoechsner@gmail.com> |
| Subject: | [FWD: RE: FW: Western GPS (█████2429)] |
| Attach: | image001.gif |

**Best Regards**
**Lee Castine**
**AFB LLC**
**afbllconline.com**
**800-525-2956 ext 802**

-------- Original Message --------
Subject: Fwd: RE: FW: Western GPS (█████2429)
From: Benjamin Amar <benjamin@advancedprocessingsolution.com>
Date: Tue, September 04, 2012 3:50 pm
To: lee@afbllconline.com

Here you go

Advanced Processing Solution LLC

-------- Original message --------
Subject:RE: FW: Western GPS (8788830002429)
From:David Whitely <DavidWhitely@trustoneps.com>
To:Benjamin Amar
<benjamin@advancedprocessingsolution.com>,raul@impmerchantsolutions.com
Cc:

Trust one
Wells Fargo
Transit routing █████
Acct number █████

David Whitely - Risk & Underwriting Manager
214 Maple Street - Villa Rica, Georgia 30180
(770) 947-6000 Phone – (770) 947-6004 Fax
www.TrustOnePaymentServices.com

This message and any attachments are solely for the intended recipient and may contain
confidential or privileged information. If you are not the intended recipient, any
disclosure, copying, use, or distribution of the information included in this message and
any attachments is prohibited. If you have received this communication in error, please
notify me by reply e-mail and immediately and permanently delete this message and any
attachments.

From: Benjamin Amar [mailto:benjamin@advancedprocessingsolution.com]
Sent: Tuesday, September 04, 2012 4:32 PM
To: David Whitely; raul@impmerchantsolutions.com
Subject: RE: FW: Western GPS (███████2429)

Hi david can you pls provide me with your wiring info. I am out of town and dont have access to it for the merchant. Thank you


Advanced Processing Solution LLC

David Whitely <DavidWhitely@trustoneps.com> wrote:

From: Owings Mills Risk ISO Reserves MB
[mailto:OM.RiskISOReservesMB@globalpay.com]
Sent: Tuesday, September 04, 2012 3:35 PM
To: David Whitely; Owings Mills Risk ISO Reserves MB
Subject: RE: Western GPS (███████2429)

$11,486.54 was released to this merchant, EFT # ████████


Thank You,

Johnelle Epps
TPA Risk Liasion
(Phone) 443-394-1968  (Ext.) 41968
(Fax) 443-394-2130
Johnelle.epps@globalpay.com


From: David Whitely [mailto:DavidWhitely@trustoneps.com]
Sent: Tuesday, September 04, 2012 10:20 AM
To: Owings Mills Risk ISO Reserves MB
Subject: RE: Western GPS (8788830002429)
Importance: High

Good Morning,

Please release another $11,486.54 to ████████2429.

Thanks,


David Whitely - Risk & Underwriting Manager
214 Maple Street - Villa Rica, Georgia 30180
(770) 947-6000 Phone – (770) 947-6004 Fax
www.TrustOnePaymentServices.com

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments.

