Moon, Jason C

**From:** John McGee
**Sent:** Thursday, September 06, 2012 2:53 PM
**To:** David Whitely
**Cc:** 'benjamin amar'; Tech Support
**Subject:** RE: Western GPS
**Attachments:** Western GPS LLC ████ 3156   NMI.doc

Yes
Attached

Merchant should have the welcome letter.

John McGee
Trust One Payment Services
Product and Operations Manager
770-947-6000 Phone
770-947-6004 Fax
www.TrustOnePaymentServices.com



"The Will of God will never take you to a place where the Grace of God will not protect you"

**From:** David Whitely
**Sent:** Thursday, September 06, 2012 3:44 PM
**To:** John McGee
**Cc:** 'benjamin amar'
**Subject:** FW: Western GPS

Is the new MID for Western GPS done?



David Whitely - Risk & Underwriting Manager
214 Maple Street - Villa Rica, Georgia 30180
(770) 947-6000 **Phone** – (770) 947-6004 **Fax**
www.TrustOnePaymentServices.com

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify me by reply e-mail and immediately and permanently delete this message and any attachments.

**From:** Benjamin Amar [mailto:benjamin@advancedprocessingsolution.com]
**Sent:** Thursday, September 06, 2012 3:40 PM
**To:** David Whitely
**Cc:** Raul
**Subject:** Western GPS

hi David
any word back on the new mid for this merchant?
thank you

Advanced Processing Solution
Benjamin Amar
Office: (818)921-4971
Cell: (818)681-1710
skype: benjamin_amarbitton
www.advancedprocessingsolution.com



04/25/2011  10:08   8188096019          IMP SOLUTIONS                              PAGE 02/23

TOP101629

1538

**TRUST ONE PAYMENT SERVICES, INC**
One Community Square, Suite 310
Villa Rica, GA 30180
(770) 947-5000
Trustoneps.com

Type of Account (Check one):
☐ Direct Account
☐ Agent Bank Account
☐ Bank Referral, new relationship

Control Number: _____

Name of Bank: _____   Branch: _____

## Merchant Application

### Business Information

| | |
|---|---|
| Merchant's DBA Name/Outlet Name: Ambrosia Website Design LLC | Merchant's Legal Name: Same |
| Physical Street Address (No P.O. Box): 2906 S. Revere Circle | Legal Address: |
| City, State, Zip: Mesa AZ 85210 | City, State, Zip: |
| DBA Phone: (888) 583-1956    Fax: (888) 583-1956 | Corp. Phone:    Fax: |
| Contact Name at this Address: Chris Ambrosia   E-mail: Chris@ambrosiadesign.net | Contact Name at this Address:    E-mail: |
| Customer Service Phone # (Required for MOTO and Internet merchants only): (888) 583-1956 | Website Address (Required for Internet merchants): WWW.AMBROSIAWEBDESIGN.COM |

### Merchant Profile

Type of Ownership:
☐ Sole Proprietorship   ☐ Partnership   ☒ LLC
☐ Professional Assoc.   ☐ Corporation   ☐ Tax Exempt Org. (501C)
☐ Other: _____

Type of Goods or Services Sold: Website design and Marketing
SIC Code: 7372

Years in business under current ownership? 0
Federal Tax ID #: [redacted]

Do you currently accept Visa/MasterCard/Discover?   ☐ YES   ☒ NO
Does merchant accept transactions before the customer receives product or service?   ☐ YES   ☒ NO
% of sales in this category? 100       How long does customer wait before product is received? one time
% of cost that is prepayment: 0        Duration of extended service or benefit (in weeks): ____
Does merchant offer warranties, dues, subscriptions, memberships or other extended services?   ☐ YES   ☒ NO
Annual Visa/MC/Discover Sales: $ 3,000,000.00 — 2011/1   Average Ticket: $ 995.00   995 AVG
Total Visa/MC/Discover Sales (multiple locations only): $

Market Type:
☐ Retail   ☐ Supermarket
☐ Restaurant   ☐ Emerging Mkt
☐ Lodging   ☐ Public Sector
☐ MO/TO   ☐ Auto Rental
☒ P - Card   ☐ Cash Adv.
☐ E-Commerce   ☐ Other

Sales Profile (Must = 100%)
Card Swiped: ____
Manually Keyed with imprint: ____
Mail Order / Telephone/Internet: 100.00
Total: 100%

### Member Bank Acquirer Information

Book App'v   HSBC Bank USA, National Association
Merchant Support Group   P. O. Box 3263
Buffalo, New York 14240
716-841-6360

| Important Member Bank Responsibilities | Important Merchant Responsibilities |
|---|---|
| 1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a merchant. | 1. Ensure compliance with cardholder data security and storage requirements. |
| 2. A Visa Member must be a principal (signer) to the Merchant Agreement. | 2. Maintain fraud and chargebacks below thresholds. |
| 3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply. | 3. Review and understand the terms of the Merchant Agreement. |
| 4. The Visa Member is responsible for and must provide settlement funds to the Merchant. | 4. Comply with Visa Operating Regulations. The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands these specific responsibilities. |
| 5. The Visa Member is responsible for all funds held in reserve that are derived from settlement. | |

For questions regarding Card Services, contact:   Trust One Payment Services Inc. One Community Square, Suite 310, Villa Rica, GA 30180
or call: 770-947-0000

Note: Billing disputes must be forwarded, in writing, to Customer Service within 60 days of the date of the statement and/or notice.

Merchant Initials: C.A.
Rev. 06/08 - TOPS

04/25/2011  10:08      8188896019                         IMP SOLUTIONS                                        PAGE  03/23

| Plan Type | New | Existing | Existing Merch. No. | Credit Card Rate | Check Card Rate | Per Item/Auth Fee |
|---|---|---|---|---|---|---|
| ☐ Pin Based Debit | ☐ | N/A | N/A | % | % | $ |
| ☒ Visa/MC/Discover Qualified | ☐ | N/A | N/A | % | % | $ |
| ☒ Visa/MC/Discover Mid | ☐ | N/A | N/A | % | % | $ |
| ☒ Visa/MC/Discover Non | ☐ | N/A | N/A | % | % | $ |
| ☐ Other | ☐ | N/A | N/A | % | % | $ |
| ☐ American Express | ☐ | ☐ | | % | % | $ |
| ☐ Diners Club | ☐ | ☐ | | % | % | $ |
| ☐ JCB | ☐ | ☐ | | % | % | $ |
| ☐ Debit (not Visa or MC) | ☐ | ☐ | | % | % | $ |
| ☐ EBT | ☐ | ☐ | | % | % | $ |
| | | | | % | % | $ |
| | | | | % | % | $ |
| | | | | % | % | $ |
| | | | | % | % | $ |

Merchant FNS#_____     Cash Benefits:  ☐ YES  ☐ NO     Daily Discount:  ☐ YES  ☐ NO

Surcharges:    ____ Non-Qualified Retail/Restaurant       ____ Non-Qualified Supermarket           ____ Non-Qualified Developing Market
               ____ Non-Qualified Direct Market           ____ Non-Qualified Purchase Card         ____ Non-Qualified Lodging/Auto Rental
               ____ Non-Qualified TouchTone Capture       ____ Qualified Visa/MC Rewards Card (Retail & Mail/Telephone Order)
               ____ Other _____                ____ Discover Qualified Rewards

***The foregoing discount rate, per item and authorization fees are based upon Merchant's complying with all processing requirements as established by the applicable governing authority of the payment type which qualifies Merchant for the most favorable interchange rates available for such payment type. Transactions that do not qualify for the most favorable interchange rates will be subject to surcharges up to the foregoing amounts In addition to the rate quoted. See the Card Services Terms and Conditions for more information regarding non-qualifying surcharges. In addition to the per item fee, all Debit transactions include fees assessed by the applicable network organization.

Other Fees:
■ Non-Refundable Application Fee (one-time fixed fee)          ■ Replacement Shipping Fee (per occurrence)
  AMEX Application Fee                                             POS Equipment Warranty Fee - Per Piece/Set (monthly)
  Additional Location Fee                                          Non-Global Check Authorization Fee (per occurrence)
  Virtual Site Survey Fee                                          Touchtone Capture Set-up Fee (one-time fixed fee)
  Annual Membership Fee                                            Global Access @dvantage Set-up Fee
  Monthly Fee   ☐ Membership ☒ Statement                           Global Access @dvantage Monthly Fee
  Minimum Monthly Discount                                         Wireless Services Fee (monthly)
  Training Fee - On-Site (one-time fixed fee)                      Wireless Activation Fee (one-time fixed fee)
  Chargeback Fees (per occurrence)                                 Wireless Transaction Fee (per occurrence)
  Retrieval Fee (per occurrence)                                   Installation/Programming Fee (one-time fixed fee)
  Non-Sufficient Funds (per occurrence)                            Reprogramming Fee (one-time fixed fee)
  Help Desk Fee (monthly)                                          Annual Service Fee
  EDC AVS Fee (per occurrence)                                     Voice AVS Fee (per occurrence)
  Voice Authorization Fee (per occurrence)                         Internet Per Item Fee (per occurrence)
  Internet Access Fee (monthly)                                    Internet Setup Fee (one-time fixed fee)
  Batch/ACH Fee (per occurrence)                                   Minimum Monthly Debit
  Other_____                                                   Other:_____

**Acceptance of Merchant Application and Terms & Conditions / Merchant Authorized Signatures**

Your Card Services Agreement is between Global Payments Direct, Inc. ("Global Direct"), the Merchant named above and the Member named below ("Member"). Member is a member of Visa, USA, Inc. ("Visa") and MasterCard International, Inc. ("MasterCard"); Global Direct is a registered independent sales organization of Visa, a member service provider of MasterCard and a registered acquirer for Discover Financial Services, LLC, ("Discover").

A copy of the Card Services Terms and Conditions, revision number 06/08 - TOPS, has been provided to you. Please sign below to signify that you have received a copy of the Card Services Terms & Conditions and that you agree to all terms and conditions contained therein. If this Merchant Application is accepted for card services, Merchant agrees to comply with the Merchant Application and the Card Services Terms & Conditions as may be modified or amended in the future. If you disagree with any Card Services Terms & Conditions, do not accept service.
IF MERCHANT SUBMITS A TRANSACTION TO GLOBAL DIRECT HEREUNDER, MERCHANT WILL BE DEEMED TO HAVE ACCEPTED THE CARD SERVICES TERMS & CONDITIONS.

By your signature below on behalf of Merchant, you certify that all information provided in this Merchant Application is true and accurate and you authorize Global Direct, and Global Direct on Member's behalf, to: (a) initiate debit entries to Merchant's checking account(s) in accordance with the Card Services Terms and Conditions, (b) initiate debit entries to Merchant's checking account(s) for the application fees described herein prior to Global Direct's and Member's acceptance and execution of this Merchant Application, which application fees shall be retained by Global Direct and Member whether or not the Merchant Application is accepted and executed by Global Direct and Member, and (c) order a consumer credit report on Merchant and you.

| Merchant's Signature: | Name (printed): Chris Ambrozio | Title: Owner | Date: 4/15 |
|---|---|---|---|
| Signing for Global Payments Direct, Inc.: X | Name (printed): | Title: | Date: |
| Signing for Member: X | Name (printed): | Name of Member (printed): HSBC Bank USA, NA | Date: |

Merchant Initials_____

Rev. 06/08 - TOPS

**APP. 157**

### Personal Guaranty

I/We hereby guarantee to Global Direct and Member, their successors and assigns, the full, prompt, and complete performance of Merchant and all of Merchant's obligations under the Card Services Agreement, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance under the Card Services Agreement, whether arising before or after termination of the Card Services Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Card Services Agreement made by or agreed to by Global Direct, Member and/or Merchant. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment or nonperformance of any provision of the Card Services Agreement by Merchant, and all other notices or demands regarding the Card Services Agreement. I/We agree to promptly provide to Global Direct and Member any information requested by any of them from time to time concerning my/our financial condition(s), business history, business relationships, and employment information. I/We have read, understand, and agree to be bound by the Card Services Terms & Conditions provided to Merchant and those terms and conditions contained in this Merchant Application.

Signature of Guarantor (please sign below): X _____ , an Individual
Name (printed): X Chris Ambrosia

Signature of Guarantor (please sign below): X _____ , an Individual
Name (printed): X

Signature of Witness (please sign below): X _____ , an Individual
Name (printed): X

### Owner/Officer Information

| Name: | Title: | Date of Birth: | Social Security # | Home Phone # |
|---|---|---|---|---|
| Chris Ambrosia | Owner | | | (480) 703-5818 |

Home Address: _____  City: _____  State: _____  Zip Code: _____  Years There: _____  Own / Rent?

Former Address (if less than 1 year at current address): _____ City: _____ State: _____ Zip Code: _____ Years There: _____ Own / Rent?

| Name: | Title: Owner | Date of Birth: | Social Security # | Home Phone # |
|---|---|---|---|---|

Home Address: _____ City: _____ State: _____ Zip Code: _____ Years There: _____ Own / Rent?

Former Address (if less than 1 year at current address): _____ City: _____ State: _____ Zip Code: _____ Years There: _____ Own / Rent?

### Bank Information — Attach Voided Check or Bank Letter

| | Routing Number | DDA/Checking Account # | Deposit | Discount | Chargebacks | Equipment | Supplies | Misc. Fees |
|---|---|---|---|---|---|---|---|---|
| Bank 1 | [redacted] | [redacted] | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ |
| Bank 2 | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Merchant Site Survey Report - To Be Completed by Sales Representative/Inspector

Merchant Location: ☐ Retail Location with Store Front  ☐ Office Building  ☑ Residence  ☐ Other: _____
Surrounding Area: ☐ Commercial  ☐ Industrial  ☑ Residential

Does the amount of inventory and merchandise on shelves and floor appear consistent with the type of business?  ☑ YES  ☐ NO

If no, explain: _____

Does the Merchant use a Fulfillment House? ☐ Yes ☑ No   If yes, was the Fulfillment House inspected?  ☐ Yes ☐ No

The Merchant ☐ Owns ☐ Leases the business premises

Further comments by Inspector (must complete): _____

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and inspected by (print name): _____
Representative Name: X _____  Representative Signature: X _____  Date: _____

Sales Rep Name: _____  Sales Rep Code: _____  Sales Rep Phone Number Sales Rep e-mail Address: _____

### American Express

By signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company, Inc. ("American Express") to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize and direct American Express to inform me directly, or through the entity above, of reports about me that American Express has requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card, the terms and conditions for American Express® Card Acceptance ("Terms and Conditions") will be sent to such entity along with a Welcome Letter. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Terms and Conditions.

Merchant's signature: _____  Name (printed): X _____  Title: _____  Date: _____

Merchant Initials _____
Rev. 06/09 - TOPS

**APP. 158**

## Equipment and Cardholder Information

| | | | Individual Pricing | | Combination Pricing | |
|---|---|---|---|---|---|---|
| Item | Quantity | Amount | # Payments | Amount | # Payments | |
| Terminal | | $ | | $ | | |
| Printer | | $ | | $ | | |
| Check Reader | | $ | | $ | | |
| PIN Pad | | $ | | $ | | |

Process method: ☐ EDC ☐ Touchtone ☐ Paper
Platform: ☐ East  ☐ Central
Imprinter: ☐ Own  ☐ Purchase
Purchase Price per Unit: _____
Purchase Quantity - Standard: _____
Purchase Quantity - Handheld: _____
Total Regular Plates Needed: _____
Total Amex Plates Needed: _____
Total Plastic Cards Needed: _____
Global to schedule download?  ☐ YES  ☐ NO
Global to train?  ☒ YES  ☐ NO

☐ Own / Reprogram   ☐ Purchase   ☐ Lease   ☐ Rental

Special Instructions: ████████████████████████

Terminal Type: _____
Pinpad Type: _____
Printer Type: _____
Check Reader: _____
Terminal Application / PC Software Type: _____

Primary Third Party: _____
Secondary Third Party: _____
Number of TIDs: _____  Product: _____
Term type: _____  Third Party Settlement:  ☐ Terminal  ☒ Host

Global PC Software:  ☐ Own  ☐ Purchase
If purchase, price: $_____  # of payments: _____

## Cardholder Data Storage Questionnaire

1. Are you going to use a POS terminal, software, or gateway application from Global Payments?   ☐ Yes  ☒ No
   (If Yes, go to Question #4 & select "No". If No, go to Question #2.)
2. Are you using a "dial-up" terminal?   ☐ Yes   ☐ No
   (If yes, go to Question #4 & select "No". If No, go to question #3.)
3. a) What third party software company/vendor did you purchase your POS Application from? _____
   b) What is the name of the third party software? _____ Version #? _____
   c) Do your transactions process through any other third parties, web hosting companies or gateways?   ☐ Yes  ☐ No
   If yes, who is it? _____
   (Please continue to Question #4)
4. a) Do you or your vendor receive, pass, transmit or store the full cardholder number, electronically?   ☐ Yes  ☒ No
   b) If yes, where is card data stored?   ☐ Merchant  ☐ Third Party Only  ☐ Both Merchant & Third Party  ☐ GAA Export Only
   b1.) Are you or your vendor PCI/DSS (Payment Card Industry/Data Security Standard) compliant?   ☐ Yes  ☐ No
   b2.) What is the name of your Qualified Security Assessor? _____
   b3) Date of compliance: _____  Date of last scan: _____
5. Have you ever experienced an account data compromise?   ☐ Yes  ☒ No   If yes, when? _____

**** Card Association requirements dictate it is prohibited to store track data in any circumstance. Further, it is recommended that no merchant or a merchant's third party vendor store cardholder data. If you or your vendor store data, you or your vendor are required to be PCI DSS compliant. Failure to adhere to these requirements may result in fines or loss of card acceptance. ****

Merchant Initials _CA_
Rev. 06/08 - TOPS

## THIRD DECLARATION OF
## FTC INVESTIGATOR BRENT D. MCPEEK

### PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Brent D. McPeek declares that:

1.  My name is Brent D. McPeek. I am over the age of 21 and competent to give this Declaration. I am a Federal Trade Investigator with the Federal Trade Commission ("FTC"). I have a bachelor of science degree in agricultural economics with a minor in finance, as well as a master of science degree in applied economics. I have more than eight years of experience as an investigator or litigation consultant. My business address is Federal Trade Commission, Southwest Region, 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

2.  As a Federal Trade Investigator, my duties include monitoring and investigating parties who are suspected of engaging in unfair or deceptive acts or practices in violation of the Federal Trade Commission Act ("FTC Act") and any other laws or rules enforced by the FTC, as well as assisting in the litigation process.

3.  As part of my duties, I was assigned to work on the FTC's investigation of Ambrosia Web Design LLC, related companies, and individuals Christopher Ambrosia and LeRoy John Castine. Subsequently, I was assigned to work on the related litigation, including a motion for contempt against Global Payments Inc. ("Global Payments") and Trust One Payment Services, Inc. ("Trust One").

4.  In the course of the non-public investigation and related litigation, I have acquired personal knowledge and information about the facts stated here, and, if called, would testify to the same. All personally identifying information has been redacted from attached documents.

### Communications Between the FTC and Global Payments

5.  The FTC served the Temporary Restraining Order with Asset Freeze ("Order") granted October 22, 2012, on Global Payments on October 24, 2012. Global Payments provided its initial response via fax on October 29, 2012. True and correct copies of the fax confirmation and Global Payments' response are included in the Appendix to the Motion for Civil Contempt and Sanctions Against Non-Parties Trust One Payment Services Inc. and Global Payments Direct, Inc. ("Appendix") at APP 1 – 4.

### Documents Provided to the FTC by Ballard Spahr, LLP

6.  In the course of the litigation, the Court-appointed receiver, Thomas W. McNamara of Ballard Spahr, LLP, provided to the FTC copies of correspondence between the receiver and Trust One and Global Payments. True and correct copies of some of these documents are included in the Appendix at APP 5 – 12 and APP 38 – 51.

### Trust One Subpoena Response

7.  The FTC served a subpoena for business records of Trust One on April 25, 2013. Trust One provided documents responsive to the FTC's subpoena. True and correct copies of some of these documents are included in the Appendix at APP 13 – 23, APP 25, APP 30 – 37, APP 52 – 60, APP 126 – 134, and APP 154 – 155.

### Global Payments Subpoena Response

8.  The FTC served a subpoena for business records of Global Payments on April 25, 2013. Global Payments provided documents responsive to the FTC's subpoena. True and correct copies of some of these documents are included in the Appendix at APP 24, APP 26 - 29, APP 61 – 69, and APP 146 – 148.

## Global Payments CID Response

9. The FTC served a Civil Investigative Demand for business records of Global Payments on September 26, 2012. Global Payments provided documents responsive to the FTC's demand. True and correct copies of some of these documents are included in the Appendix at APP 140 – 143 and APP 156 – 159.

## Immediate Access

10. On October 24, 2012, in accordance with the Court's Order, the FTC made entry into the business premises of the Defendants. Subsequently, FTC-contracted forensic examiners downloaded documents from Defendants' business email account. True and correct copies of some of the documents are included in the Appendix at APP 135 – 139, APP 144 – 145, and APP 149 – 153.

I declare, under penalty of perjury, that the foregoing statement is true and correct. Executed on July 16, 2013, at Dallas, Texas.

_____
BRENT D. MCPEEK