Thomas W. McNamara
mcnamarat@ballardspahr.com
655 West Broadway, Suite 1600
San Diego, California 92101-8494
Telephone:    619-696-9200
Facsimile:    619-696-9269

*Court-Appointed Receiver*

Andrew W. Robertson (CA 62541, *Pro Hac Vice*)
robertsona@ballardspahr.com
Daniel M. Benjamin (CA 209240, *Pro Hac Vice*)
benjamind@ballardspahr.com
**BALLARD SPAHR LLP**
655 West Broadway, Suite 1600
San Diego, California 92101-8494
Telephone:    619-696-9200
Facsimile:    619-696-9269

Sara Ransom (024099)
ransoms@ballardspahr.com
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:    602-798-5400
Facsimile:    602-798-5595

*Attorneys for Court-Appointed Receiver*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV-12-2248-PHX-FJM |
| Plaintiff, | **STIPULATION WITHDRAWING THE PLAINTIFF FTC'S MOTION FOR CIVIL CONTEMPT AND SANCTIONS AGAINST NONPARTIES TRUST ONE PAYMENT SERVICES INC. AND GLOBAL PAYMENTS DIRECT, INC.** |
| vs. | |
| Ambrosia Web Design LLC, an Arizona limited liability company, also d/b/a AWD, et al., | |
| Defendants. | JUDGE:      Hon. Frederick J. Martone<br>CTRM:      506 |

WHEREAS, the Plaintiff Federal Trade Commission ("FTC) filed a motion for

civil contempt and sanctions (the "Motion") (Dock. No. 106; *see* Dock. No. 105) against

non-parties Trust One Payment Services Inc. ("Trust One") and Global Payments Direct,

Inc. ("Global"); and

WHEREAS, the Court-Appointed Receiver Thomas W. McNamara (the "Receiver") joined in the Motion; and

WHEREAS, Trust One and Global appeared in this action to oppose that Motion and to deny liability; and

WHEREAS, the Motion has now been resolved to the satisfaction of the FTC, the Receiver, Trust One, and Global; and

WHEREAS, the resolution of the Motion and this stipulation are not an admission of liability by any party to this stipulation nor is it a concession as to the validity of any defense or argument made by any party to this stipulation.

NOW THEREFORE, it is hereby stipulated and agreed as follows:

1.     The Motion is hereby withdrawn by the FTC and the Receiver.

2.     The FTC, the Receiver, Trust One, and Global shall bear their own costs as to the Motion.

IT IS SO STIPULATED.

Dated: September 27, 2013

FEDERAL TRADE COMMISSION

By: _/S/ Jason C. Moon_____
Jason C. Moon, Tex. Bar No. 24001188
Attorneys for Plaintiff
Email:  jmoon@ftc.gov

BALLARD SPAHR LLP

By: _/S/ Daniel M. Benjamin_____
   Daniel M. Benjamin (*pro hac vice*)
   Attorneys for Court-Appointed Receiver
   Email:  benjamind@ballardspahr.com

JENNINGS, STROUSS & SALMON, P.L.C.

By: _/S/ Jimmie W. Pursell, Jr._____
   Jimmie W. Pursell, Jr.
   Attorneys for Non-Party Trust One Payment
   Services, Inc.
   Email:  jpursell@jsslaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARNALL GOLDEN GREGORY LLP

By: /s/ Edward A. Marshall
   Edward A. Marshall (*pro hac vice*)
   Attorneys for Non-Party Global Payments
   Direct, Inc.
   Email: edward.marshall@agg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2013, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants (*see below*).

Emily B. Robinson
Jason C. Moon
Thomas B. Carter
Anne Dorman LeJeune
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, TX 75201
Tel.:   214-979-9386 (Robinson)
erobinson@ftc.gov
Tel.:   214-979-9378 (Moon)
jmoon@ftc.gov
Tel.:   214-979-9372 (Carter)
tcarter@ftc.gov
Tel.:   214-979-9371 (LeJeune)
alejeune@ftc.gov
Fax:   214-953-3079
*Attorneys for Plaintiff*

Kirsten Copeland
Copeland Law Offices
20280 North 59th Avenue, Suite 115
Glendale, AZ 85308
Tel.:   623-251-4000
Fax:   623-218-9074
Kirsten.Copeland@cox.net
*Attorney for Matthews (Mill Towne Center)
Real Estate, LLC*

Brian J. Foster
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Tel.:   602-382-6000
Fax:   602-382-6070
bfoster@swlaw.com

Edward A Marshall
Theresa Y. Kananen
Arnall Golden Gregory LLP
171 17th St. NW, Suite 2100
Atlanta, GA 30363
Tel.:   404-873-7010
Fax:   404-873-7011
edward.marshall@agg.com
theresa.kananen@agg.com
*Attorneys for Global Payments Direct, Inc.*

Katherine Vail Foss
Snell & Wilmer LLP
1 S. Church Ave., Suite 1500
Tucson, AZ 85701-1630
Tel.:   520-882-1200
Fax:   520-882-1200
kfoss@swlaw.com
*Attorneys for Defendants Leroy Castine,
Chris Ambrosia, Ambrosia Web Design
LLC, Concord Financial Advisors LLC,
CAM Services Direct LLC, AFB LLC and
Western GPS LLC*

Michael R. Palumbo
Jimmie W. Pursell, Jr.
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Tel.   602-262-5911
mpalumbo@jsslaw.com
jpursell@jsslaw.com
*Attorneys for Non-Party
Trust One Payment Services, Inc.*

_____
JILL JACOBS

DMWEST #10183787 v1